| Fill in this information to identify your case: |
| --- |
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |

| Case number *(if known)* | Chapter | 11 |
| --- | --- | --- |

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
| --- | --- | --- |
| 1. | Debtor's name | Evangelical Retirement Homes of Greater Chicago, Incorporated |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | DBA  Friendship Village of Schaumburg |
| 3. | Debtor's federal Employer Identification Number (EIN) | 36-2815382 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| 350 W. Schaumburg Road<br>Schaumburg, IL 60194<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Cook<br>County | Location of principal assets, if different from principal place of business<br><br>_____<br>Number, Street, City, State & ZIP Code |

| | | |
| --- | --- | --- |
| 5. | Debtor's website (URL) | friendshipvillage.org |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Evangelical Retirement Homes of Greater Chicago, Incorporated | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☑ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

6233

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

---

Debtor    **Evangelical Retirement Homes of Greater Chicago, Incorporated**          Case number (*if known*) _____
_____Name_____

| | | |
|---|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No <br> ☐ Yes. | |

| List all cases. If more than 1, attach a separate list | Debtor | _____ | Relationship | _____ |
|---|---|---|---|---|
| | District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?    _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other    _____

**Where is the property?**    _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____

Contact name    _____

Phone    _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

.    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Evangelical Retirement Homes of Greater Chicago, Incorporated**    Case number (*if known*) _____
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Evangelical Retirement Homes of Greater Chicago, Incorporated**   Case number (*if known*) _____
_____
Name

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 8, 2023**
MM / DD / YYYY

X _____   **Michael Flynn**
Signature of authorized representative of debtor   Printed name

Title   **Chief Executive Officer**

**18. Signature of attorney**

X _____   Date   **June 8, 2023**
Signature of attorney for debtor   MM / DD / YYYY

**Bruce C. Dopke 3127052 Member**
Printed name

**Dopkelaw LLC**
Firm name

**1535 W. Schaumburg Road
Suite 204
Schaumburg, IL 60194**
Number, Street, City, State & ZIP Code

Contact phone   **847-524-4811**   Email address   **bd@dopkelaw.com**

**3127052 IL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Evangelical Retirement Homes of Greater Chicago, Incorporated**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 8, 2023**          X _[signature]_
                                        Signature of individual signing on behalf of debtor

                                        **Mike Flynn**
                                        Printed name

                                        **Chief Executive Officer**
                                        Position or relationship to debtor

| Fill in this information to identify the case: |
|---|
| Debtor name  Evangelical Retirement Homes of Greater Chicago, Inc. dba Friendship Village of Schaumburg (FVS) |
| United States Bankruptcy Court for the: _____ District of  Delaware |
| | (State) |
| Case number (If known): _____ |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | UMB Bank, National Association 2 South Broadway Suite 600 St. Louis, MO 63102 | | Bondholder Deficiency Claim | Unliquidated | | | $75,425,502.00 |
| 2 | Resident 720953-IL Address on File | | Resident Refund | Unliquidated | | | $531,900.00 |
| 3 | Resident 15264-AL Address on File | | Resident Refund | Unliquidated | | | $449,100.00 |
| 4 | Resident 15438-IL Address on File | | Resident Refund | Unliquidated | | | $432,000.00 |
| 5 | Resident 15497-IL Address on File | | Resident Refund | Unliquidated | | | $395,500.00 |
| 6 | Resident 720732-IL Address on File | | Resident Refund | Unliquidated | | | $384,300.00 |
| 7 | Resident 719355-IL Address on File | | Resident Refund | Unliquidated | | | $383,265.00 |
| 8 | Resident 15489-IL Address on File | | Resident Refund | Unliquidated | | | $369,000.00 |

Debtor    Evangelical Retirement Homes of Greater Chicago, Inc. dba Friendship Village of Schaumburg (FVS)
          _____    Case number (if known)_____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 **Resident 15479-IL** Address on File | | Resident Refund | Unliquidated | | | $354,900.00 |
| 10 **Resident 15397-IL** Address on File | | Resident Refund | Unliquidated | | | $350,000.00 |
| 11 **Resident 720451-IL** Address on File | | Resident Refund | Unliquidated | | | $343,800.00 |
| 12 **Resident 14000-IL** Address on File | | Resident Refund | Unliquidated | | | $336,600.00 |
| 13 **Resident 15400-IL** Address on File | | Resident Refund | Unliquidated | | | $336,150.00 |
| 14 **Resident 15404-IL** Address on File | | Resident Refund | Unliquidated | | | $327,600.00 |
| 15 **Resident 718487-IL** Address on File | | Resident Refund | Unliquidated | | | $327,200.63 |
| 16 **Resident 720136-IL** Address on File | | Resident Refund | Unliquidated | | | $326,500.00 |
| 17 **Resident 15306-IL** Address on File | | Resident Refund | Unliquidated | | | $317,700.00 |
| 18 **Resident 15101-IL** Address on File | | Resident Refund | Unliquidated | | | $317,700.00 |
| 19 **Resident 15410-IL** Address on File | | Resident Refund | Unliquidated | | | $316,800.00 |
| 20 **Resident 15166-IL** Address on File | | Resident Refund | Unliquidated | | | $312,900.00 |

B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### Northern District of Illinois

In re   **Evangelical Retirement Homes of Greater Chicago, Incorporated**   Case No.
Debtor(s)   Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **350,522.94** |
| Prior to the filing of this statement I have received | $ | **350,522.94** |
| Balance Due | $ | **0.00** |

2.  $ **1,738.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

    Mr. Dopke will apply to the court for any fees or costs incurred after the filing of the bankruptcy case.

4.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.  All of this will be compensated by fee and cost applications during the case**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June  8, 2023**
*Date*

**Bruce C. Dopke 3127052**
*Signature of Attorney*
**Dopkelaw LLC**
**1535 W. Schaumburg Road**
**Suite 204**
**Schaumburg, IL 60194**
**847-524-4811  Fax: 312-641-6959**
**bd@dopkelaw.com**
*Name of law firm*

**SPECIAL MEETING OF THE BOARDS OF DIRECTORS OF FRIENDSHIP SENIOR OPTIONS, NFP, AND EVANGELICAL RETIREMENT HOMES OF GREATER CHICAGO, INCORPORATED d/b/a FRIENDSHIP VILLAGE OF SCHAUMBURG**

JUNE 6, 2023

The undersigned, constituting all of the directors (the "**FSO Directors**") of the Board of Directors (the "**FSO Board**") of FRIENDSHIP SENIOR OPTIONS, NFP, an Illinois nonprofit corporation ("**FSO**") upon the recommendation of the directors (the "**FVS Directors**") of the Board of Directors (the "**FVS Board**" and, collectively, the **"Boards"**) of EVANGELICAL RETIREMENT HOMES OF GREATER CHICAGO, INCORPORATED d/b/a FRIENDSHIP VILLAGE OF SCHAUMBURG, an Illinois nonprofit corporation (the "**Company**"), hereby adopt and approve these resolutions after consideration at a properly noticed Special Meeting of the Board held on June 6, 2023 (the "**Resolutions**") and directs that these Resolutions be filed with the Company's official minutes:

A.   **Chapter 11 Filing**

**WHEREAS**, the Boards have considered presentations by management and the financial and legal advisors of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to it and the effect of the foregoing on the Company's business; and

**WHEREAS**, the Boards have had the opportunity to consult with the management and the financial and legal advisors of the Company and fully consider each of the strategic alternatives available to the Company.

**NOW, THEREFORE, IT IS**

**RESOLVED**, that in the judgment of the Boards, it is desirable and in the best interests of the Company, its creditors, and other parties in interest, that the Company shall be and hereby is authorized to file or cause to be filed a voluntary petition for relief for the Company (the "**Chapter 11 Case**") under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in a court of proper jurisdiction (the "**Bankruptcy Court**"); and it is further

**RESOLVED,** that in the judgment of the Boards it is desirable and in the best interests of the Company to appoint the Michael Wyse, the Company's Chief Restructuring Officer, as the authorized agent in connection with the Chapter 11 Case and any and all related filings and transactions, including, without limitation, the specific filing and transactions contemplated herein; and it further

**RESOLVED**, that the President and Chief Executive Officer and Chief Restructuring Officer (the "**Authorized Officers**"), acting alone or with one or more other Authorized Officers be, and they hereby are, authorized, empowered and directed to execute and file on behalf of the Company all petitions, schedules, lists and other motions, papers, or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business; and it is further

**RESOLVED**, that the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and they hereby are, authorized, empowered and directed to certify the authenticity of these resolutions.

## B.    Retention of Professionals

**IT IS FURTHER RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of DOPKELAW LLC as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of DOPKELAW LLC; and it is further

**RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of POLSINELLI PC as co-counsel to general bankruptcy counsel, DOPKELAW LLC, to represent and assist the Company with all regulatory matters and all matters associated with any disposition of the Company's assets, including, without limitation, the anticipated sponsor substitution or sale transaction involving the Company, including, without limitation, appearing at court hearings, reviewing and filing any pleadings; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of POLSINELLI PC; and it is further

**RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to appoint Michael Wyse to serve as Chief Restructuring Office and to employ the firm of WYSE ADVISORS LLC to represent and assist the Authorized Officers and the Company in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Officers are, with power of delegation, hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of WYSE ADVISORS LLC; and it is further

**RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of STRETTO, INC. as notice, claims, and balloting agent and as administrative advisor to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of STRETTO, INC.; and it is further

**RESOLVED**, that each of the Authorized Officers be, and they hereby are, with power of delegation, authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ

and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that each of the Authorized Officers deem necessary, proper, or desirable in connection with the Chapter 11 Case, with a view to the successful prosecution of such case.

## C.    Cash Collateral and Adequate Protection

**RESOLVED**, that the Company will obtain benefits from the use of collateral, including cash collateral, as that term is defined in Bankruptcy Code Section 363(a) (the "**Collateral**"), which is security for UMB Bank, N.A., in its capacity as successor master trustee (the "**Master Trustee**", and collectively with the Bond Trustee, the "**Trustees**") under that certain Bond Trust Indenture (the "**Indenture**") dated as of December 1, 2017, by and between the Illinois Finance Authority (the "**Issuer**") and the Company; and it is further

**RESOLVED**, that to use and obtain the benefits of the Collateral and in accordance with Bankruptcy Code Section 363, the Company will provide certain adequate protection to the prepetition lenders (the "**Adequate Protection Obligations**"), as documented in a proposed interim order (the "**Cash Collateral Order**") and submitted for approval to the Bankruptcy Court; and it is further

**RESOLVED**, that the form, terms and provisions of the Cash Collateral Order to which the Company is or will be subject, and the actions and transactions contemplated thereby be, and hereby are, authorized, adopted and approved, and each of the Authorized Officers of the Company be, and they hereby are, authorized and empowered, in the name of and on behalf of the Company, to take such actions and negotiate or cause to be prepared and negotiated and to execute, deliver, perform, and cause the performance of, the Cash Collateral Order, and such other agreements, certificates, instruments, receipts, petitions, motions or other papers or documents to which the Company is or will be a party (collectively with the Cash Collateral Order, the "**Cash Collateral Documents**"), incur and pay or cause to be paid all fees and expenses and engage such persons, in each case, in the form or substantially in the form thereof submitted to the Directors, with such changes, additions, and modifications thereto as the officers of the Company executing the same shall approve, such approval to be conclusively evidenced by such officers' execution and delivery thereof; and it is further

**RESOLVED**, that the Company, as debtor and debtor-in-possession under the Bankruptcy Code be, and hereby is, authorized to incur the Adequate Protection Obligations (as set forth in the Cash Collateral Order) and to undertake any and all related transactions on substantially the same terms as contemplated under the Cash Collateral Documents (collectively, the "**Adequate Protection Transactions**"); and it is further

**RESOLVED**, that the Authorized Officers of the Company be, and they hereby are, authorized and directed, and each of them acting alone hereby is, authorized, directed, and empowered in the name of, and on behalf of, the Company, as debtor and debtor in possession, to take such actions as in their discretion is determined to be necessary, desirable, or appropriate and execute the Adequate Protection Transactions, including delivery of: (a) the Cash Collateral Documents and such agreements, certificates, instruments, guaranties, notices and any and all other documents, including, without limitation, any amendments to any Cash Collateral

Documents (collectively, the "**Adequate Protection Documents**"); (b) such other instruments, certificates, notices, assignments, and documents as may be reasonably requested by the prepetition lenders; and (c) such forms of deposit, account control agreements, officer's certificates and compliance certificates as may be required by the Cash Collateral Documents or any other Adequate Protection Document; and it is further

**RESOLVED**, that each of the Authorized Officers of the Company be, and they hereby are, authorized, directed, and empowered in the name of, and on behalf of, the Company to file or to authorize the Trustee to file any Uniform Commercial Code (the "**UCC**") financing statements, any mortgages, any other equivalent filings, any intellectual property filings and recordation, and any necessary assignments for security or other documents in the name of the Company that the Trustee deems necessary or appropriate to perfect any lien or security interest granted under the Cash Collateral Order, including any such UCC financing statement containing a generic description of collateral, such as "all assets," "all property now or hereafter acquired," and other similar descriptions of like import, and to execute and deliver, and to record or authorize the recording of, such mortgages and deeds of trust in respect of real property of the Company and such other filings in respect of intellectual and other property of the Company, in each case as the Trustee may reasonably request to perfect the security interests of the Trustee under the Cash Collateral Order; and it is further

**RESOLVED**, that each of the Authorized Officers of the Company be, and they hereby are, authorized, directed, and empowered in the name of, and on behalf of, the Company to take all such further actions, including, without limitation, to pay or approve the payment of all fees and expenses payable in connection with the Adequate Protection Transactions and all fees and expenses incurred by or on behalf of the Company in connection with the foregoing resolutions, in accordance with the terms of the Adequate Protection Documents, which shall in their sole judgment be necessary, proper or advisable to perform the Company's obligations under or in connection with the Cash Collateral Order or any of the other Adequate Protection Documents and the transactions contemplated therein and to carry out fully the intent of the foregoing resolutions; and it is further

**RESOLVED**, that each of the Authorized Officers of the Company be, and they hereby are, authorized, directed, and empowered in the name of, and on behalf of, the Company, to execute and deliver any amendments, supplements, modifications, renewals, replacements, consolidations, substitutions and extensions of the Cash Collateral Order or any of the Adequate Protection Documents or to do such other things which shall in their sole judgment be necessary, desirable, proper, or advisable to give effect to the foregoing resolutions, which determination shall be conclusively evidenced by their execution thereof; and it is further

**D.    General**

**RESOLVED,** that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the Authorized Officers (and their designees and delegates) be, and they hereby are, authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such officer's or officers'

judgment, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and it is further

**RESOLVED,** that all members of the Boards have received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Company, or hereby waive any right to have received such notice; and it is further

**RESOLVED,** that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement or certificate has been specifically authorized in advance by resolution of the Boards; and it is further

**RESOLVED,** that each of the Authorized Officers (and their designees and delegates) be and hereby are authorized and empowered to take all actions or to not take any action in the name of the Company with respect to the transactions contemplated by these resolutions hereunder, in each case, as such Authorized Officer shall deem necessary or desirable in such Authorized Officers' reasonable business judgment as may be necessary or appropriate to effectuate the purposes of the transactions contemplated herein.

These Resolutions may be signed in one or more counterparts, each of which shall be deemed an original, and all of which shall constitute one instrument.

*[Remainder of Page Intentionally Left Blank]*

**Recommendation by Board of Directors of FVS:**

The undersigned Directors of the FVS Board recommend that FSO approve and adopt these Resolutions effective as of the 6th day of June, 2023.

*Kathleen M. Rivera*
_____
Kathleen M. Rivera, Chairperson of FVS Board


_____
Mary Sheahen, Secretary of FVS Board


_____
Jean Schlinkmann, Treasurer of FVS Board


*[Remainder of Page Intentionally Left Blank]*

DocuSign Envelope ID: 93A806F7-2FD2-4C29-AAA4-F2AA89E52086

**Recommendation by Board of Directors of FVS:**

The undersigned Directors of the FVS Board recommend that FSO approve and adopt these Resolutions effective as of the __ day of June __, 2023.

_____
Kathleen M. Rivera, Chairperson of FVS Board

_____
Mary Sheahen, Secretary of FVS Board

_____
Jean Schlinkmann, Treasurer of FVS Board

*[Remainder of Page Intentionally Left Blank]*

**Recommendation by Board of Directors of FVS:**

The undersigned Directors of the FVS Board recommend that FSO approve and adopt these Resolutions effective as of the __ day of June __, 2023.

_____
Kathleen M. Rivera, Chairperson of FVS Board


_____
Mary Sheahen, Secretary of FVS Board

_____
Jean Schlinkmann, Treasurer of FVS Board


*[Remainder of Page Intentionally Left Blank]*

DocuSign Envelope ID: 72B84C52-D68144DA7-BA8210AF5FEFEFAA96

**Adoption and Approval of Board of Directors of FSO:**

**IN WITNESS WHEREOF**, the undersigned Directors of the FSO Board have executed these Resolutions effective as of the __ day of June __, 2023.

_____
J.E. Clark Delanois, Chairperson of FSO Board


_____
Geoffrey Roehll, Secretary of FSO Board


_____
Loren Trimble, Treasurer of FSO Board

DocuSign Envelope ID: 06D2CD73-289D-4CB2-BD08-F2599F123E38

**Adoption and Approval of Board of Directors of FSO:**

**IN WITNESS WHEREOF**, the undersigned Directors of the FSO Board have executed these Resolutions effective as of the __ day of June __, 2023.


_____

J.E. Clark Delanois, Chairperson of FSO Board

*Geoffrey Roehll*

_____

Geoffrey Roehll, Secretary of FSO Board


_____

Loren Trimble, Treasurer of FSO Board

**Adoption and Approval of Board of Directors of FSO:**

**IN WITNESS WHEREOF**, the undersigned Directors of the FSO Board have executed these Resolutions effective as of the __ day of June __, 2023.


_____
J.E. Clark Delanois, Chairperson of FSO Board


_____
Geoffrey Roehll, Secretary of FSO Board


_____
Loren Trimble, Treasurer of FSO Board

## United States Bankruptcy Court
### Northern District of Illinois

In re ___Evangelical Retirement Homes of Greater Chicago, Incorporated___     Case No. _____

Debtor(s)     Chapter ___11___

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Friendship Senior Options, NFP**<br>**350 W Schaumburg Road**<br>**Schaumburg, IL 60194** | **Membership** | | **Sole Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date ___June 8, 2023___     Signature _____

**Michael Flynn**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## United States Bankruptcy Court
### Northern District of Illinois

In re   Evangelical Retirement Homes of Greater Chicago, Incorporated          Case No.

Debtor(s)                    Chapter    11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Evangelical Retirement Homes of Greater Chicago, Incorporated   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Friendship Senior Options NFP
350 W. Schaumburg Road
Schaumburg, IL 60194

☐ None [*Check if applicable*]

June  8, 2023

Date

Bruce C. Dopke 3127052

Signature of Attorney or Litigant

Counsel for   Evangelical Retirement Homes of Greater Chicago,
Incorporated

Dopkelaw LLC
1535 W. Schaumburg Road
Suite 204
Schaumburg, IL 60194
847-524-4811 Fax:312-641-6959
bd@dopkelaw.com

# United States Bankruptcy Court
### Northern District of Illinois

In re   __Evangelical Retirement Homes of Greater Chicago, Incorporated__

                                           Debtor(s)

Case No. _____

Chapter   __11__

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:   see note below

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   __June 8, 2023__

__Michael Flynn/Chief Executive Officer__
Signer/Title

Note:  the attached list describe 134 parties in interest who
may have claims against the Debtor's estate.  This is in
addition to another approximately 800 parties in interest who
are entitled to notice of this case, and will receive that notice,
but their names and addresses will be withheld as a means
to protect their privacy and identities.

A Place For Mom
Sue Johansen, SVP, Community Network
701 5th Avenue
Suite 3200
Seattle, WA 98104

ACC Business
Attn Officer/Director or Legal Dept
PO Box 5077
Carol Stream, IL 60197-5077

Aetna, Inc.
Dawn E. Waggoner
151 Farmington Avenue
Hartford, CT 06156

Alexian Brothers Accountable Care Organziation, LLC
Chris Cockman
3040 W. Salt Creek Lane
Schaumburg, IL 60005

All-Stat PICC Line, LLC
Avi Scheer
835 Christiana Avenue
Skokie, IL 60076

Ambius
Monika Dymitrowicz - branch Support Manager
2050 Clearwater Drive
DesPlaines, IL 60018

AMITA Health
Nicholas Campbell
800 Biesterfield Road
Elk Grove, IL 60007

Angels Homecare
Agency Manager
2200 S. Main St
Suite 206
Lombard, IL 60148

Apex3 Systems, LLC
Scott Harry
1535 Brandy Parkway
Streamwood, IL 60107

Army Corps of Engineers
Dovarius Lamar Peoples - Director of Corporate Information
441 G Street NW

Washington, D.C. 20314

Ascension Medical Director Agreement with Dr. Peplow
Andrew Palumbo, COO
4600 Edmundson Road
St. Louis, MO 63134

AT&T
Attn Officer/Director or Legal Dept
PO Box 5080
Carol Stream, TL 60197-5080

AT&T MOBILITY
Attn Officer/Director or Legal Dept
PO BOX 6463
Carol Stream, IL 60197-6463

Bedrock Earthscapes, LLC
William A. Bedrossian
1501 E. Harrison Avenue
Wheaton, IL 60187

Bell Fuels, Inc.
George Speeney
1515 Creek Drive
Morris, IL 60450

Blackbaud
David Benjamin, Chief Commercial Officer
65 Fairchild Street
Charleston, SC 29492

Blue Cross Blue Shield of IL Health Care Svc Corp a Mutual Legal Reserve Co
Jerry Bradford
300 East Randolph
Chicago, IL 60601

Caterina Loiacono
Levin & Perconti
325 N. Lasalle Drive
Suite 300
Chicago, IL 60654

Centers for Disease Control and Prevention
Kate Wolff - Chief of Staff
1600 Clifton Road
Atlanta, GA 30329

Centers for Medicare and Medicaid
Att. State Department of Insurance

7500 Security Boulevard
Baltimore, MD 21244

Charles Schwab & Co., Inc.
Jim Jeffery
1945 Northwestern Drive
El Paso, TX 79912

Charles Schwab & Co., Inc.
Attn Officer/Director or Legal Dept
1945 Northwestern Drive
El Paso, TX 79912

Chicago Records Management, Inc.
Michael Jurczykowski
3815 Carnation Street
Franklin Park, IL 60131

Christine Carioscia
Cari Francine Silverman
325 N. Lasalle Drive
Suite 300
Chicago, IL 60654

Chuhak & Tecson as Counsel to Secured Creditor
Attn Brandon R. Freud
120 S. Riverside Plz., Suite 1700
Chicago, IL 60606-7512

Clarke Aquatic Services, Inc.
Jennifer Biancalana
675 Sidwell Court
St. Charles, IL 60174

Collaborative Healthcare Urgency Group
Constance E. H. Polke
800 E. Northwest Highway
Suite 103
Mt. Prospect, IL 60056

Comcast Business
Attn Officer/Director or Legal Dept
PO Box 37601
Philadelphia, PA 19101-0601

Comcast Cable
Attn Officer/Director or Legal Dept
PO BOX 70219
Philadelphia, PA 19176-0219

Comcast Cable Communications,
Attn General Counsel Cable Legal Operations
1701 JFK Blvd
Philadelphia, PA 19103

ComED
Attn Officer/Director or Legal Dept
PO BOX 6111
Carol Stream, IL 60197-6111

Computershare Trust Company N.A.
Rebecca C. Syidron - CTS Account Associate
600 Fourth Street South
7th Floor
Minneapolis, MN 55415

Cook County Health Department
Attn. Administrative Office
7556 Jackson Boulevard
Forest Park, IL 60130

Cook County Treasurer's Office
Attn Officer/Director or Legal Dept
118 North Clark Street, Room 112
Chicago, IL 60602

Davis Harrison Dion, Inc (DHD)
P. Susan Harrison, Partner
333 North Michigan Avenue
Suite 2300
Chicago, IL 60601

Dedicated Nursing Services, Inc.
Casey Pudwill
6536 Rt. 22 William Penn Highway
Suite 301
Delmont, PA 15626

DNA
Unknown
6536 William Penn Highway Rt 22
Suite 202
Delmont, PA 15626

Dopkelaw LLC
Bruce Dopke
1535 W.Schaumbrug Road
Schaumburg, IL 60194

DS Services of America Inc. dba Primo Water North America

Attn. Associate
200 Eagles Landing Boulevard
Lakeland, FL 33810

Elevate Therapy Consulting Group
Scott Wilson
2800 Kimwood Drive
Charleston, IL 61920

F.E. Moran
Scot Mistro
2165 Shermer Road
Suite D
Northbrook, IL 60062

Fire Door Solutions, LLC
Scott Richlin
8245 Nieman Road
Lenexa, KS 66214

First Security Systems, Inc.
Att. System Sales
1811 High Grove Lane
Suite 191
Naperville, IL 60540

Fresenius Health Partners
General Counsel
P.O. Box 162770
Austin, TX 78716

Friendship Senior Options, NFP
Att. Vice President and Chief Financial Officer
350 Schaumburg Road
Schaumburg, IL 60194

Grandbridge Real Estate Capital, LLC
David Kliewer
214 N. Tryon Street
Fl. 20
Charlotte, NC 28202

Granite
Attn Officer/Director or Legal Dept
PO Box 983119
Boston, MA 02298-3119

GroundPros, Inc.
Karen Kadolph
P.O. Box 477

Itasca, IL 60143

GroundPros, Inc.
Stacy Stroh
P.O. Box 477
Itasca, IL 60143

GSP United, LLC dba Interim Healthcare
Bernard Bulger
188 Industrial Drive
Suite 124
Elmhurst, IL 60126

HealthPro Innovation Workforce Solutions
Arben Cafi, VP
18w140 Butterfield Rd
15th floor
Oakbrook Terrace, IL 60181

HOH Water Technology, Inc.
Jim Kelleher
500 S. Vermont Street
Palatine, IL 60067

Honeywell Building Solutions
AJ DeGeorge
1500 W. Dundee Road
Arlington Heights, IL 60004

Illinois Aging Services Network (ILASN)
Arlene Jaroscak
1001 Warrenville Road
Suite 150
Lisle, IL 60532

Illinois Department of Financial and Professional Regulation
Attn Officer/Director or Legal Dept
555 West Monroe Street, 5th Floor
Chicago, IL 60661

Illinois Department of Human Services
Attn Officer/Director or Legal Dept
401 South Clinton Street
Chicago, IL 60607

Illinois Department of Labor
Jane R. Flanagan - Director
160 N. Lasalle Street
C-1300
Chicago, IL 60601

Illinois Department of Public Health
Att. Director
69 Washington Street
35th Floor
Chicago, IL 60602

Illinois Department of Public Health
Attn Officer/Director or Legal Dept
122 S. Michigan Avenue, 7th and 20th Floors
Chicago, IL 60603

Illinois Department of Revenue
David Harris - Director
555 West Monroe Street
Suite 1100
Chicago, IL 60661

Illinois Department of Revenue
Bankruptcy Unit
PO Box 19037
Springfield, IL 62794-9037

Illinois Finance Authority
Attn Officer/Director or Legal Dept
160 N. LaSalle St., Suite S-1000
Chicago, IL 60601

Illinois Liquor Control Commission
Cynthia Berg - Chairman
50 W. Washington Street
Suite 209
Chicago, IL 60602

Inspire Consulting Services, LLC
Carol Gronwold
1110 Clinton Avenue
Oak Park, IL 60304

Internal Revenue Service
Attn. Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101

International Exterminator Company, Inc.
Patrick McDaniel
100 S. Lively Boulevard
Elk Grove, IL 60007

IVY Marketing

Debra Sheridan
23W070 Mulberry Ln
Glen Ellyn, IL 60137

Joan Scheerer
Kralovec Jambois & Schwar
60 W. Randolph Street
4th Floor
Chicago, IL 60601

Joseph Loiacono
Levin & Perconti
325 N. Lasalle Drive
Suite 300
Chicago, IL 60654

Josephe Carioscia
Cari Francine Silverman
325 N. Lasalle Drive
Suite 300
Chicago, IL 60654

Journey Care Hospice
Currently owned by Addus HomeCare Corp.
6303 Cowboys Way
Suite 600
Frisco, TX 75034

Knox Swan Dog, LLC
Bob Knox
25350 W. Scott Road
Barrington, IL 60070

Konica Minolta
Kerri Jakobsen, Healthcare Tech Account Manager
2001 Butterfield Road
Suite 900
Downers Grove, IL 60148

Level 3 Comunications LLC
Attn Officer/Director or Legal Dept
PO BOX 910182
Denver, CO 80291-0182

Maria Alva
Steven J. Malman & Associates P.C.
505 W. University Avenue
Suite 119
Chicago, IL 61820

Mary Lou Budd
Jeffrey Schieber
111 East Wacker
Suite 2600
Chicago, IL 60601

Metropolitan Water Reclamation District
Jacqueline Torres - Director of Finance/Clerk
100 East Erie Street
Chicago, IL 60611

Michelle Rakow
Kralovec Jambois & Schwar
60 W. Randolph Street
4th Floor
Chicago, IL 60601

MIdAmerican Energy
Attn Officer/Director or Legal Dept
PO BOX 8019
Davenport, IA 52808-8019

MidAmerican Energy Services, LLC
Edward J. McGreen
4124 NW Urbandale Drive
Urbandale, IL 50322

Morrison Living
Richard B. Schenkel
400 Northbridge Road
Suite 600
Sandy Springs, IL 30350

My Lifesite
Tripp Higgins, President
601 St. Marys Street
Raleigh, NC 27605

Net Health Systems, Inc
Joshua Moyer, General Counsel
40 24th Street
Pittsburgh, PA 15222

NICL Laboratories
Anna Welder
306 Era Drive
Northbrook, IL 60062

NICL Laboratories
Mary Ann Appleby

306 Era Drive
Northbrook, IL 60062

Nicor
Attn. Vice President - Gas Operations
P.O. BOX 5407
Carol Stream, IL 60197-5407

Occupational Safety and Health Administration
Douglas L. Parker - Asst Sec of Labor for Occupational Safety & Health
200 Constitution Avenue NW
Washington, D.C. 20210

Odyssey Healthcare Operating A, LP d/b/a Gentiva
Barbara Underwood
655 Brawley School Road
Suite 200
Moorsevile, NC 28117

Office of the Illinois Attorney General
Attn. Office of Attorney General
100 West Randolph Street
Chicago, IL 60601

Office of the United States Trustee
Jeffrey L. Gansberg
219 S. Dearborn Street
Room 873
Chicago, IL 60604

Patricia Wasco
Levin & Perconti
325 N. Lasalle Drive
Suite 300
Chicago, IL 60654

Precision Controls Systems of Chicago, Inc.
Larry Bolek
1980 Univeristy Lane
Lisle, IL 60532

Procyon Advisors LLC
Jim Jeffery
1 Corporate Drive
Suite 225
Shelton, CT 06484

ProMedica Hospice Northbrook
Nancy Herchenbach
1110 W. Lake Cook Road

Suite 130
Buffalo Grove, IL 60089

Pure Water Systems of Chicagoland
Wayne Erickson
135 E. St. Charles Road
Suite C2
Carol Stream, IL 60188

QUAD A
Tom Terranova - Chief Executive Officer
600 Central Avenue
Suite 265
Highland Park, IL 60035

Repticity Inc.
Shrage Toiv
2182 Flatbush Avenue
Brooklyn, NY 11234

Resident 15282-FR
Amann, George
c/o Home State Bank Trust Dept - Attn: Matilda Botian
40 Grant St
Crystal Lake, IL 60014

RoadRunner Recycling, Inc
Attn Officer/Director or Legal Dept
PO BOX 6011
Hermitage, PA 16148

Roadrunner Recycling, Inc.
Jamie Germani
105 40th Street
Suite 100
Pittsburgh, PA 15201

Santiago Alva
Steven J. Malman & Associates P.C.
505 W. University Avenue
Suite 119
Chicago, IL 61820

Schaumburg Bank & Trust Company N.A.
Teresa Faidley
1180 E. Higgins Rd.
Schaumburg, IL 60173

Schaumburg Bank & Trust N.A.
Attn. EVP

1180 E. Higgins Road
Schaumburg, IL 60173

Shirley Ferrell
Levin & Perconti
325 N. Lasalle Drive
Suite 300
Chicago, IL 60654

Stericycle Inc.
Attn Officer/Director or Legal Dept
PO BOX 6575
Carol Stream, IL 60197-6575

Stericycle, Inc.
Jorge Guzman
2355 Waukegan Road
Bannockburn, IL 60015

Stretto
Clarissa Cu
410 Exchange Street
Suite 100
Irvine, CA 92602

Symbira Rehab, Inc.
Attn. Legal Department
28100 Torch Parkway
Suite 600
Warrenville, IL 60555

Symbria Rx Services, LLC
Jay Mandra
28100 Torch Parkway
Suite 600
Warrenville, IL 60555

Symmetry Energy Solutions, LLC
Attn Officer/Director or Legal Dept
PO Box 301149
Dallas, TX 75303-1149

Symmetry Energy Solutions, LLC
Brian Harrison
9811 Katy Fwy.
Suite 1400
Houston, TX 77024

Terrill Consulting Services
Russell Terrill

P.O. Box 6363
Bloomingdale, IL 60108

The Davey Tree Expert Company
John Kelly
569 Rock Road
East Dundee, IL 60118

The U.S. Department of Health & Human Services
Attn Officer/Director or Legal Dept
200 Independence Avenue, S.W.
Washington, DC 20201

ThyssenKrupp Elevator Corporation
Sarah Wodniak
2305 Enterprise Drive
Westchester, IL 60154

ThyssenKrupp Elevators Americas
Scott Jones
2305 Enterprise Drive
Westchester, IL 60154

TMI Trust Company
Attn Officer/Director or Legal Team
1715 North Westshore Blvd., Suite 750
Tampa, FL 33607

Trane U.S. Inc.
Eric Gutierrez
7100 South Madison
Willowbrook, IL 60527

U.S. Centers for Medicare & Medicaid Services
Attn Officer/Director or Legal Dept
7500 Security Blvd
Baltimore, MD 21244

UMB Bank
Brian Krippner
2 South Broadway
St. Louis, MO 63102

UMB Bank N.A
Jay Smith
120 6th Street
Suite 1400
Minneapolis, MN 55402

UMB Bank, NA, in its capacity as Bond Trustee

c/o Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
Attn: Daniel S. Bleck
1 Financial Center
Boston, MA 02111-0000

United States Attorney's Office Northern District of Illinois, Eastern Division
Attn Officer/Director or Legal Dept.
219 S. Dearborn Street, 5th Floor
Chicago, IL 60604

Verdant Comm Cap Titling Trust
Attn: Officer/Director or Legal Dept
12301 Whitewater Drive, Ste. 80
Minnetonka, MN 55343

Verizon Wireless
Attn Officer/Director or Legal Dept
PO Box 16810
Newark, NJ 07101-6810

Village of Schaumburg
Attn. Finance Department
101 Schaumburg Court
Schaumburg, IL 60193

Village of Schaumburg
Attn. Village Manager
PO BOX 6755
Carol Stream, IL 60197-6755

VirtuSense Technologies, LLC
David Park
801 Main Street
Suite B 216
Peoria, IL 61606

Wells Fargo Bank, National Association, as Master Trustee
Attn: Corbin B Connell
600 S. 4th Street, 6th Floor
MAC N9300-061
Minneapolis, MN 55479

Wells Fargo Bank, National Association, as Master Trustee
Attn Officer/Director or Legal Dept
230 W. Monroe Steet
Suite 2900
Chicago, IL 60606

Wells Fargo Bank, National Association, as Mortagee
Attn Officer/Director or Legal Dept

230 W. Monroe Steet
Suite 2900
Chicago, IL 60606

Wintrust Financial Corporation
Tom Ormseth
9700 W. Higgins Rd.
Rosemont, IL 60018

Wyse Advisors, LLC
Mike Wyse
51 JFK Parkway
First Floor West
Short Hills, NJ 07078

Xfinity
General Counsel - Cable Legal Operations
1500 McConnor Parkway
Schaumburg, IL 60173