UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 23bk07541 |
| Evangelical Retirement Homes Of Greater | ) | |
| Chicago, I, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Timothy A. Barnes |

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER
AWARDING TO WYSE ADVISORS LLC, FINANCIAL ADVISOR FOR THE DEBTOR, FOR
ALLOWANCE AND PAYMENT OF SECOND INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 123,327.00 | TOTAL COSTS REQUESTED: | $ 0.00 |
| TOTAL FEES REDUCED: | $ 37,400.63 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 85,926.00 | TOTAL COSTS ALLOWED: | $ 0.00 |

TOTAL FEES AND COSTS ALLOWED: $ 85,926.00*
*Pursuant to paragraph 2(d) of Dkt. No. 150, the Debtor may only pay 80% of allowed fees and 100% of costs.

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(1)    Insufficient Description – TOTAL of disallowed amounts: $ 35,287.50

The Court denies the allowance of compensation for the indicated task(s) as the description of each task fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-09 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (same).

(2)    Improper Time Increments for Billing – TOTAL of disallowed amounts (10% of affected entries): $ 346.88

The court may impose a ten percent penalty for using improper time increments for billing. "Professional persons . . . cannot, in all honesty and reasonableness, charge their clients for increments in excess of one-tenth of an hour." *In re Wildman*, 72 B.R. 700, 726 (Bankr. N.D. Ill. 1987) (Schmetterer, J.). This penalty will be imposed where time increments larger than one-tenth of an hour are being used. For example, applicants who bill time using quarter-hour increments risk the ten percent penalty.

(3)    Duplication of Services – TOTAL of disallowed amounts: $ 1,616.25

The Court denies the allowance of compensation for services that duplicate those of another professional or paraprofessional. *See* 11 U.S.C. § 330(a)(4)(A)(i). Reduction in fees is warranted if multiple attorneys from the same firm appear in court on a motion or argument or for a conference, unless counsel adequately demonstrates that each attorney present contributed in some meaningful way. *In re Pettibone*, 74 B.R. 293, 307 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("A debtor's estate should not bear the burden of duplication of services. If found in the record, such duplication shall be disallowed by the court as unnecessary."). It is also an accepted principle that generally no more than one attorney may bill for time spent in an intra-office conference or meeting absent an adequate explanation. *See In re Adventist Living Ctrs., Inc.*, 137 B.R. 701, 716 (Bankr. N.D. Ill. 1991) (Sonderby, J.); *In re Pettibone*, 74 B.R. at 303; *But see In re MEP Infrastructure Sols., Inc.*, 654 B.R. 922, 925 (Bankr. N.D. Ill. 2023) (Goldgar, J.) (incorrectly citing *In re Stainless Sales Corp.*, Case No. 17 B 3148, 2017 WL 2829675, at *2 (Bankr. N.D. Ill. June 27, 2017) (Barnes, J.) for the proposition that intra-office meetings between multiple lawyers are never compensable when *Stainless* cites to *Pettibone* for the foregoing—that an application must "adequately demonstrate[] that each attorney present contributed in some meaningful way" and thus satisfy 11 U.S.C. § 330(a)(3)(D) by demonstrating that the meeting is "necessary" or "beneficial" and must have taken a "reasonable amount of time.").

(4)    Computational or Typographical Error – TOTAL of disallowed amounts: $ 150.00

The court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error. Also, where there are two identical entries (same day, same tasks, same time billed), the court will consider one of the entries to be a typographical error.

Dated:  February 14, 2024

_____
Timothy A. Barnes
United States Bankruptcy Judge

**EXHIBIT A - Detailed Time Descriptions**

| Date | Professional | Time Description | Project Category | Hours | Rate | Total |
|------|-------------|------------------|------------------|-------|------|-------|
| 9/1/2023 | Michael Franciosa | Cure schedule work session. | B290 Schedules / SOFAS / UST Reports | 1.00 | $ 300.00 | $ 300.00 |
| 9/1/2023 | Michael Franciosa | Creditor matrix work session. | B290 Schedules / SOFAS / UST Reports | 0.80 | $ 300.00 | $ 240.00 |
| 9/1/2023 | Mike Wyse | Prepared for and participated in Board Call | B210 Business Operations | 1.50 | $ 750.00 | $ 1,125.00 |
| 9/1/2023 | Mike Wyse | Numerous calls and emails with company and counsel | B210 Business Operations | 2.00 | $ 750.00 | $ 1,500.00 |
| 9/5/2023 | Cole Celenza | Participated in weekly status call. | B210 Business Operations | 0.50 | $ 375.00 | $ 187.50 |
| 9/5/2023 | Cole Celenza | SOFA/SOAL work session. | B290 Schedules / SOFAS / UST Reports | 0.60 | $ 375.00 | $ 225.00 |
| 9/6/2023 | Cole Celenza | 13-week cash flow work session. | B230 Financing & Cash Collateral | 1.30 | $ 375.00 | $ 487.50 |
| 9/6/2023 | Cole Celenza | DIP budget reporting work session. | B230 Financing & Cash Collateral | 0.50 | $ 375.00 | $ 187.50 |
| 9/6/2023 | Michael Franciosa | 13-week cash flow work session. | B230 Financing & Cash Collateral | 0.50 | $ 300.00 | $ 150.00 |
| 9/6/2023 | Mike Wyse | Numerous calls and emails with company and counsel | B210 Business Operations | 1.80 | $ 750.00 | $ 1,350.00 |
| 9/7/2023 | Cole Celenza | Diligence request work session. | B130 Asset Disposition & Sales | 1.90 | $ 375.00 | $ 712.50 |
| 9/7/2023 | Cole Celenza | Diligence request work session. | B130 Asset Disposition & Sales | 0.50 | $ 375.00 | $ 187.50 |
| 9/7/2023 | Cole Celenza | Numerous emails with Debtor's counsel. | B210 Business Operations | 0.90 | $ 375.00 | $ 337.50 |
| 9/7/2023 | Cole Celenza | Prepared for and participated in sale process updates discussion. | B130 Asset Disposition & Sales | 0.75 | $ 375.00 | $ 281.25 |
| 9/7/2023 | Cole Celenza | 13-week cash flow work session. | B230 Financing & Cash Collateral | 1.30 | $ 375.00 | $ 487.50 |
| 9/7/2023 | Cole Celenza | Cash management work session. | B230 Financing & Cash Collateral | 0.60 | $ 375.00 | $ 225.00 |
| 9/7/2023 | Mike Wyse | Numerous calls and emails with company and counsel | B210 Business Operations | 1.50 | $ 750.00 | $ 1,125.00 |
| 9/8/2023 | Cole Celenza | Variance analysis work session. | B230 Financing & Cash Collateral | 0.50 | $ 375.00 | $ 187.50 |
| 9/8/2023 | Cole Celenza | Numerous calls with Debtor's counsel. | B210 Business Operations | 0.50 | $ 375.00 | $ 187.50 |
| 9/8/2023 | Michael Franciosa | SOFA/SOAL work session. | B290 Schedules / SOFAS / UST Reports | 1.40 | $ 300.00 | $ 420.00 |
| 9/11/2023 | Cole Celenza | DIP budget work session. | B230 Financing & Cash Collateral | 0.80 | $ 375.00 | $ 300.00 |
| 9/11/2023 | Cole Celenza | UCC data request work session. | B210 Business Operations | 0.30 | $ 375.00 | $ 112.50 |
| 9/11/2023 | Cole Celenza | DIP budget work session. | B230 Financing & Cash Collateral | 1.50 | $ 375.00 | $ 562.50 |
| 9/11/2023 | Cole Celenza | Numerous calls with Debtor's counsel. | B210 Business Operations | 0.60 | $ 375.00 | $ 225.00 |
| 9/11/2023 | Cole Celenza | Participated in weekly status call. | B210 Business Operations | 0.30 | $ 375.00 | $ 112.50 |
| 9/11/2023 | Mike Wyse | Prepared for and participated in weekly calls | B210 Business Operations | 1.70 | $ 750.00 | $ 1,275.00 |
| 9/12/2023 | Cole Celenza | DIP budget work session. | B230 Financing & Cash Collateral | 2.70 | $ 375.00 | $ 1,012.50 |
| 9/12/2023 | Cole Celenza | Numerous emails with Debtor. | B210 Business Operations | 0.70 | $ 375.00 | $ 262.50 |
| 9/12/2023 | Michael Franciosa | 13-week cash flow work session. | B230 Financing & Cash Collateral | 0.50 | $ 300.00 | $ 150.00 |
| 9/12/2023 | Michael Franciosa | Numerous emails with Debtor. | B210 Business Operations | 0.40 | $ 300.00 | $ 120.00 |
| 9/12/2023 | Mike Wyse | Numerous calls and emails with company and counsel | B210 Business Operations | 1.50 | $ 750.00 | $ 1,125.00 |
| 9/13/2023 | Cole Celenza | 13-week cash flow work session. | B230 Financing & Cash Collateral | 0.60 | $ 375.00 | $ 225.00 |

| | Date | Name | Description | Task Code | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| (1) | 9/13/2023 | Cole Celenza | Numerous emails with Debtor. | B210 Business Operations | 0.30 | $ 375.00 | $ 112.50 |
| | 9/13/2023 | Michael Franciosa | 13-week cash flow work session. | B230 Financing & Cash Collateral | 0.50 | $ 300.00 | $ 150.00 |
| (1) | 9/13/2023 | Michael Franciosa | Numerous emails with Debtor. | B210 Business Operations | 0.30 | $ 300.00 | $ 90.00 |
| | 9/13/2023 | Mike Wyse | Prepared for and participated in Board Meeting | B210 Business Operations | 1.30 | $ 750.00 | $ 975.00 |
| (1) | 9/14/2023 | Cole Celenza | Numerous calls with Debtor's counsel. | B210 Business Operations | 0.40 | $ 375.00 | $ 150.00 |
| | 9/14/2023 | Cole Celenza | Cure schedule work session. | B290 Schedules / SOFAS / UST Reports | 0.30 | $ 375.00 | $ 112.50 |
| (2) | 9/14/2023 | Cole Celenza | 13-week cash flow work session. | B230 Financing & Cash Collateral | 0.75 | $ 375.00 | $ 281.25 |
| | 9/14/2023 | Cole Celenza | APA work session. | B130 Asset Disposition & Sales | 0.30 | $ 375.00 | $ 112.50 |
| | 9/14/2023 | Cole Celenza | Cash management work session. | B230 Financing & Cash Collateral | 0.80 | $ 375.00 | $ 300.00 |
| (2) | 9/14/2023 | Cole Celenza | 13-week cash flow work session. | B230 Financing & Cash Collateral | 0.75 | $ 375.00 | $ 281.25 |
| (2) | 9/14/2023 | Cole Celenza | Funds flow work session. | B130 Asset Disposition & Sales | 1.75 | $ 375.00 | $ 656.25 |
| | 9/14/2023 | Michael Franciosa | 13-week cash flow work session. | B230 Financing & Cash Collateral | 1.70 | $ 300.00 | $ 510.00 |
| | 9/14/2023 | Michael Franciosa | Variance analysis work session. | B230 Financing & Cash Collateral | 1.20 | $ 300.00 | $ 360.00 |
| (1) | 9/14/2023 | Michael Franciosa | Numerous emails with Debtor's counsel. | B210 Business Operations | 1.20 | $ 300.00 | $ 360.00 |
| | 9/14/2023 | Michael Franciosa | Creditor matrix work session. | B290 Schedules / SOFAS / UST Reports | 0.40 | $ 300.00 | $ 120.00 |
| (1) | 9/14/2023 | Michael Franciosa | Numerous emails with Debtor's counsel. | B210 Business Operations | 0.20 | $ 300.00 | $ 60.00 |
| (1) | 9/14/2023 | Mike Wyse | Numerous calls and emails with company and counsel | B210 Business Operations | 3.10 | $ 750.00 | $ 2,325.00 |
| (1) | 9/15/2023 | Cole Celenza | Numerous emails with Debtor. | B210 Business Operations | 0.20 | $ 375.00 | $ 75.00 |
| (3) | 9/18/2023 | Cole Celenza | Participated in weekly status call. | B210 Business Operations | 0.30 | $ 375.00 | $ 112.50 |
| (1) | 9/18/2023 | Michael Franciosa | Numerous emails with Debtor and Debtor's counsel. | B210 Business Operations | 0.40 | $ 300.00 | $ 120.00 |
| | 9/18/2023 | Michael Franciosa | MOR work session. | B290 Schedules / SOFAS / UST Reports | 2.00 | $ 300.00 | $ 600.00 |
| | 9/18/2023 | Michael Franciosa | SOFA/SOAL work session. | B290 Schedules / SOFAS / UST Reports | 0.90 | $ 300.00 | $ 270.00 |
| | 9/18/2023 | Mike Wyse | Prepared for and participated in weekly calls | B210 Business Operations | 1.40 | $ 750.00 | $ 1,050.00 |
| (1) | 9/19/2023 | Cole Celenza | Numerous emails with Debtor and Debtor's counsel. | B210 Business Operations | 0.20 | $ 375.00 | $ 75.00 |
| | 9/19/2023 | Cole Celenza | Monthly Operating Report work session. | B290 Schedules / SOFAS / UST Reports | 0.50 | $ 375.00 | $ 187.50 |
| | 9/19/2023 | Michael Franciosa | 13-week cash flow work session. | B230 Financing & Cash Collateral | 0.60 | $ 300.00 | $ 180.00 |
| | 9/19/2023 | Michael Franciosa | MOR work session. | B290 Schedules / SOFAS / UST Reports | 3.90 | $ 300.00 | $ 1,170.00 |
| (1) | 9/19/2023 | Michael Franciosa | Numerous emails with Debtor. | B210 Business Operations | 0.40 | $ 300.00 | $ 120.00 |
| (1) | 9/19/2023 | Mike Wyse | Numerous calls and emails with company and counsel | B210 Business Operations | 1.70 | $ 750.00 | $ 1,275.00 |
| | 9/20/2023 | Cole Celenza | Monthly Operating Report work session. | B290 Schedules / SOFAS / UST Reports | 4.50 | $ 375.00 | $ 1,687.50 |
| | 9/20/2023 | Michael Franciosa | MOR work session. | B290 Schedules / SOFAS / UST Reports | 3.00 | $ 300.00 | $ 900.00 |
| (2) | 9/21/2023 | Cole Celenza | UCC data request work session. | B210 Business Operations | 0.75 | $ 375.00 | $ 281.25 |
| | 9/21/2023 | Cole Celenza | Cash management work session. | B230 Financing & Cash Collateral | 0.50 | $ 375.00 | $ 187.50 |
| | 9/22/2023 | Cole Celenza | 13-week cash flow work session. | B230 Financing & Cash Collateral | 0.70 | $ 375.00 | $ 262.50 |

| | Date | Name | Description | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| | 9/22/2023 | Cole Celenza | 13-week cash flow work session. | B230 Financing & Cash Collateral | 2.90 | $ 375.00 | $ 1,087.50 |
| (1) | 9/22/2023 | Mike Wyse | Numerous calls and emails with company and counsel | B210 Business Operations | 1.50 | $ 750.00 | $ 1,125.00 |
| (3) | 9/25/2023 | Cole Celenza | Participated in weekly status call. | B290 Schedules / SOFAS / UST Reports | 0.20 | $ 375.00 | $ 75.00 |
| (1) | 9/25/2023 | Cole Celenza | Numerous emails with Debtor and Debtor's counsel. | B210 Business Operations | 1.00 | $ 375.00 | $ 375.00 |
| | 9/25/2023 | Michael Franciosa | SOFA/SOAL work session. | B290 Schedules / SOFAS / UST Reports | 2.60 | $ 300.00 | $ 780.00 |
| | 9/25/2023 | Mike Wyse | Prepared for and participated in weekly calls | B210 Business Operations | 1.50 | $ 750.00 | $ 1,125.00 |
| | 9/26/2023 | Cole Celenza | SOFA/SOAL work session. | B290 Schedules / SOFAS / UST Reports | 0.80 | $ 375.00 | $ 300.00 |
| (2) | 9/26/2023 | Cole Celenza | Cash management work session. | B230 Financing & Cash Collateral | 0.25 | $ 375.00 | $ 93.75 |
| (1) | 9/26/2023 | Michael Franciosa | Numerous emails and phone calls with Debtor. | B230 Financing & Cash Collateral | 1.60 | $ 300.00 | $ 480.00 |
| | 9/26/2023 | Michael Franciosa | SOFA/SOAL work session. | B290 Schedules / SOFAS / UST Reports | 1.00 | $ 300.00 | $ 300.00 |
| | 9/26/2023 | Michael Franciosa | 13-week cash flow work session. | B230 Financing & Cash Collateral | 2.00 | $ 300.00 | $ 600.00 |
| (1) | 9/26/2023 | Mike Wyse | Numerous calls and emails with company and counsel | B210 Business Operations | 1.30 | $ 750.00 | $ 975.00 |
| (1) | 9/27/2023 | Michael Franciosa | Numerous emails with Debtor | B210 Business Operations | 0.60 | $ 300.00 | $ 180.00 |
| | 9/27/2023 | Michael Franciosa | SOFA/SOAL work session. | B290 Schedules / SOFAS / UST Reports | 2.00 | $ 300.00 | $ 600.00 |
| (1) | 9/27/2023 | Mike Wyse | Numerous calls and emails with company and counsel | B210 Business Operations | 1.30 | $ 750.00 | $ 975.00 |
| | 9/28/2023 | Cole Celenza | 13-week cash flow work session. | B230 Financing & Cash Collateral | 1.50 | $ 375.00 | $ 562.50 |
| | 9/28/2023 | Cole Celenza | Variance analysis work session. | B230 Financing & Cash Collateral | 0.40 | $ 375.00 | $ 150.00 |
| (2) | 9/28/2023 | Cole Celenza | Cash management work session. | B230 Financing & Cash Collateral | 0.75 | $ 375.00 | $ 281.25 |
| | 9/28/2023 | Michael Franciosa | 13-week cash flow work session. | B230 Financing & Cash Collateral | 1.40 | $ 300.00 | $ 420.00 |
| | 9/28/2023 | Michael Franciosa | Variance analysis work session. | B230 Financing & Cash Collateral | 1.30 | $ 300.00 | $ 390.00 |
| | 9/28/2023 | Michael Franciosa | SOFA/SOAL work session. | B290 Schedules / SOFAS / UST Reports | 0.80 | $ 300.00 | $ 240.00 |
| | 9/29/2023 | Mike Wyse | Numerous calls and emails with company and counsel | B210 Business Operations | 1.30 | $ 750.00 | $ 975.00 |

## EXHIBIT A - Detailed Time Descriptions

EXHIBIT A - Detailed Time Descriptions

SUMMARY BY PROFESSIONAL

| Professional | Hours | Rate | Total |
|---|---|---|---|
| Mike Wyse | 32.90 | $ 750.00 | $ 24,675.00 |
| Cole Celenza | 50.90 | $ 375.00 | $ 19,087.50 |
| Michael Franciosa | 36.30 | $ 300.00 | $ 10,890.00 |
| | 120.10 | | $ 54,652.50 |

| | Date | Professional | Time Description | Project Category | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| | 10/2/2023 | Michael Franciosa | 13-week cash flow work session. | B230 Financing & Cash Collateral | 0.60 | $ 300.00 | $ 180.00 |
| (3) | 10/2/2023 | Cole Celenza | Prepared for and participated in weekly status call | B210 Business Operations | 0.25 | $ 375.00 | $ 93.75 |
| | 10/2/2023 | Mike Wyse | Prepared for and participated in weekly status call | B210 Business Operations | 1.00 | $ 750.00 | $ 750.00 |
| | 10/2/2023 | Mike Wyse | Liquidation analysis work session | B230 Financing & Cash Collateral | 1.50 | $ 750.00 | $ 1,125.00 |
| | 10/2/2023 | Cole Celenza | Liquidation analysis work session | B230 Financing & Cash Collateral | 6.10 | $ 375.00 | $ 2,287.50 |
| | 10/3/2023 | Cole Celenza | Liquidation analysis work session | B230 Financing & Cash Collateral | 0.50 | $ 375.00 | $ 187.50 |
| | 10/3/2023 | Cole Celenza | Liquidation analysis work session | B230 Financing & Cash Collateral | 1.20 | $ 375.00 | $ 450.00 |
| | 10/3/2023 | Cole Celenza | Cure schedule work session | B290 Schedules / SOFAS / UST Reports | 0.90 | $ 375.00 | $ 337.50 |
| | 10/4/2023 | Mike Wyse | Disclosure Statement work session | B290 Schedules / SOFAS / UST Reports | 2.50 | $ 750.00 | $ 1,875.00 |
| | 10/4/2023 | Cole Celenza | Disclosure Statement work session | B290 Schedules / SOFAS / UST Reports | 3.70 | $ 375.00 | $ 1,387.50 |
| | 10/4/2023 | Cole Celenza | Cash management work session | B230 Financing & Cash Collateral | 0.30 | $ 375.00 | $ 112.50 |
| | 10/4/2023 | Cole Celenza | Disclosure Statement work session | B290 Schedules / SOFAS / UST Reports | 0.20 | $ 375.00 | $ 75.00 |
| | 10/4/2023 | Cole Celenza | SOFA / SOAL work session | B290 Schedules / SOFAS / UST Reports | 1.60 | $ 375.00 | $ 600.00 |
| | 10/4/2023 | Cole Celenza | Monthly Staffing Report work session | B290 Schedules / SOFAS / UST Reports | 0.80 | $ 375.00 | $ 300.00 |
| (1) | 10/5/2023 | Cole Celenza | Numerous emails with vendors | B210 Business Operations | 0.50 | $ 375.00 | $ 187.50 |
| (2) | 10/5/2023 | Cole Celenza | 13-week cash flow work session | B230 Financing & Cash Collateral | 0.75 | $ 375.00 | $ 281.25 |
| | 10/5/2023 | Cole Celenza | Prepared for and participated in a vendor call | B210 Business Operations | 0.30 | $ 375.00 | $ 112.50 |
| | 10/5/2023 | Cole Celenza | 13-week cash flow work session | B230 Financing & Cash Collateral | 1.10 | $ 375.00 | $ 412.50 |
| | 10/5/2023 | Cole Celenza | Cash management work session | B230 Financing & Cash Collateral | 0.80 | $ 375.00 | $ 300.00 |
| (1) | 10/5/2023 | Mike Wyse | Numerous emails and calls with Debtor | B210 Business Operations | 2.20 | $ 750.00 | $ 1,650.00 |
| (1) | 10/6/2023 | Cole Celenza | Numerous emails and calls with Debtor | B210 Business Operations | 0.90 | $ 375.00 | $ 337.50 |
| | 10/6/2023 | Cole Celenza | Variance test work session | B230 Financing & Cash Collateral | 0.70 | $ 375.00 | $ 262.50 |
| | 10/9/2023 | Mike Wyse | Prepared for and participated in weekly status call | B210 Business Operations | 1.40 | $ 750.00 | $ 1,050.00 |
| | 10/9/2023 | Michael Franciosa | Monthly Operating Report work session. | B290 Schedules / SOFAS / UST Reports | 0.60 | $ 300.00 | $ 180.00 |
| (1) | 10/9/2023 | Mike Wyse | Numerous emails and calls with Debtor | B210 Business Operations | 1.80 | $ 750.00 | $ 1,350.00 |
| (1) | 10/9/2023 | Michael Franciosa | Numerous emails with Debtor | B210 Business Operations | 0.40 | $ 300.00 | $ 120.00 |
| (3) | 10/9/2023 | Cole Celenza | Prepared for and participated in weekly status call | B210 Business Operations | 0.50 | $ 375.00 | $ 187.50 |
| | 10/9/2023 | Cole Celenza | Disclosure Statement work session | B290 Schedules / SOFAS / UST Reports | 0.90 | $ 375.00 | $ 337.50 |
| | 10/9/2023 | Cole Celenza | Liquidation analysis work session | B230 Financing & Cash Collateral | 3.40 | $ 375.00 | $ 1,275.00 |
| | 10/10/2023 | Michael Franciosa | 13 week cash flow work session | B230 Financing & Cash Collateral | 0.70 | $ 300.00 | $ 210.00 |
| (1) | 10/10/2023 | Michael Franciosa | Numerous emails with Debtor and Claims Noticing agent | B210 Business Operations | 0.50 | $ 300.00 | $ 150.00 |
| | 10/10/2023 | Michael Franciosa | Financial forecast work session | B230 Financing & Cash Collateral | 0.50 | $ 300.00 | $ 150.00 |
| | 10/10/2023 | Michael Franciosa | SOFA/SOAL work session | B290 Schedules / SOFAS / UST Reports | 1.30 | $ 300.00 | $ 390.00 |
| | 10/10/2023 | Cole Celenza | Disclosure Statement work session | B290 Schedules / SOFAS / UST Reports | 0.70 | $ 375.00 | $ 262.50 |
| | 10/10/2023 | Cole Celenza | DIP budget work session | B230 Financing & Cash Collateral | 0.70 | $ 375.00 | $ 262.50 |
| | 10/10/2023 | Cole Celenza | Disclosure Statement work session | B290 Schedules / SOFAS / UST Reports | 0.20 | $ 375.00 | $ 75.00 |
| | 10/10/2023 | Cole Celenza | Liquidation analysis work session | B230 Financing & Cash Collateral | 1.10 | $ 375.00 | $ 412.50 |
| | 10/10/2023 | Cole Celenza | Plan of Reorganization work session | B290 Schedules / SOFAS / UST Reports | 1.60 | $ 375.00 | $ 600.00 |
| | 10/11/2023 | Michael Franciosa | 13 week cash flow work session | B230 Financing & Cash Collateral | 2.10 | $ 300.00 | $ 630.00 |
| | 10/11/2023 | Michael Franciosa | Check run meeting with Debtor | B210 Business Operations | 1.10 | $ 300.00 | $ 330.00 |
| | 10/11/2023 | Michael Franciosa | Liquidation analysis work session | B230 Financing & Cash Collateral | 0.80 | $ 300.00 | $ 240.00 |
| (1) | 10/11/2023 | Michael Franciosa | Numerous emails with Debtor | B210 Business Operations | 0.60 | $ 300.00 | $ 180.00 |
| | 10/11/2023 | Mike Wyse | DIP Budget and Liquidation Analysis work session | B230 Financing & Cash Collateral | 2.10 | $ 750.00 | $ 1,575.00 |
| | 10/11/2023 | Cole Celenza | DIP budget work session | B230 Financing & Cash Collateral | 0.50 | $ 375.00 | $ 187.50 |
| | 10/11/2023 | Cole Celenza | Liquidation analysis work session | B230 Financing & Cash Collateral | 1.60 | $ 375.00 | $ 600.00 |
| | 10/11/2023 | Cole Celenza | Liquidation analysis work session | B230 Financing & Cash Collateral | 2.80 | $ 375.00 | $ 1,050.00 |
| | 10/11/2023 | Cole Celenza | DIP budget work session | B230 Financing & Cash Collateral | 3.10 | $ 375.00 | $ 1,162.50 |
| | 10/11/2023 | Cole Celenza | Cash management work session | B230 Financing & Cash Collateral | 0.50 | $ 375.00 | $ 187.50 |
| | 10/13/2023 | Mike Wyse | Prepared for and participated in Disclosure Statement meeting | B290 Schedules / SOFAS / UST Reports | 2.10 | $ 750.00 | $ 1,575.00 |
| | 10/13/2023 | Mike Wyse | Participated in weekly sale update call | B210 Business Operations | 0.70 | $ 750.00 | $ 525.00 |
| (3) | 10/13/2023 | Michael Franciosa | Prepared for and participated in Disclosure Statement meeting | B290 Schedules / SOFAS / UST Reports | 1.20 | $ 300.00 | $ 360.00 |
| | 10/13/2023 | Michael Franciosa | Liquidation Analysis work session | B230 Financing & Cash Collateral | 1.30 | $ 300.00 | $ 390.00 |
| (1) | 10/13/2023 | Michael Franciosa | Numerous emails with Debtor and Claims Noticing Agent | B210 Business Operations | 0.30 | $ 300.00 | $ 90.00 |
| | 10/16/2023 | Michael Franciosa | Liquidation analysis work session | B230 Financing & Cash Collateral | 0.80 | $ 300.00 | $ 240.00 |
| (1) | 10/16/2023 | Michael Franciosa | Numerous emails with Debtor | B210 Business Operations | 0.70 | $ 300.00 | $ 210.00 |
| (1) | 10/17/2023 | Michael Franciosa | Numerous emails with Debtor | B210 Business Operations | 0.60 | $ 300.00 | $ 180.00 |
| | 10/17/2023 | Michael Franciosa | 13-week cash flow work session | B230 Financing & Cash Collateral | 1.40 | $ 300.00 | $ 420.00 |
| | 10/17/2023 | Cole Celenza | DIP budget work session | B230 Financing & Cash Collateral | 2.00 | $ 375.00 | $ 750.00 |
| (1) | 10/18/2023 | Mike Wyse | Numerous emails and calls with Debtor | B210 Business Operations | 2.20 | $ 750.00 | $ 1,650.00 |
| | 10/18/2023 | Michael Franciosa | 13-week cash flow work session | B230 Financing & Cash Collateral | 1.90 | $ 300.00 | $ 570.00 |
| (1) | 10/18/2023 | Michael Franciosa | Numerous emails with Debtor | B210 Business Operations | 0.60 | $ 300.00 | $ 180.00 |
| | 10/18/2023 | Cole Celenza | Buyer diligence request work session | B130 Asset Disposition & Sales | 1.30 | $ 375.00 | $ 487.50 |
| | 10/18/2023 | Cole Celenza | 13-week cash flow work session | B230 Financing & Cash Collateral | 0.50 | $ 375.00 | $ 187.50 |
| (1) | 10/18/2023 | Cole Celenza | Numerous emails with Debtor | B210 Business Operations | 0.50 | $ 375.00 | $ 187.50 |
| | 10/19/2023 | Mike Wyse | Participated in weekly sale update call | B210 Business Operations | 1.20 | $ 750.00 | $ 900.00 |
| | 10/19/2023 | Michael Franciosa | 13-week cash flow work session | B230 Financing & Cash Collateral | 0.70 | $ 300.00 | $ 210.00 |
| (1) | 10/19/2023 | Michael Franciosa | Numerous emails with Debtor | B210 Business Operations | 0.30 | $ 300.00 | $ 90.00 |
| | 10/19/2023 | Cole Celenza | 13-week cash flow work session | B230 Financing & Cash Collateral | 1.20 | $ 375.00 | $ 450.00 |
| | 10/19/2023 | Cole Celenza | Cash management work session | B230 Financing & Cash Collateral | 0.70 | $ 375.00 | $ 262.50 |
| | 10/20/2023 | Mike Wyse | Prepared for and participated in auction | B130 Asset Disposition & Sales | 6.50 | $ 750.00 | $ 4,875.00 |
| | 10/20/2023 | Michael Franciosa | Monthly Operating Report work session | B290 Schedules / SOFAS / UST Reports | 4.60 | $ 300.00 | $ 1,380.00 |
| | 10/20/2023 | Michael Franciosa | 13-week cash flow work session | B230 Financing & Cash Collateral | 1.10 | $ 300.00 | $ 330.00 |
| (5) | 10/20/2023 | Michael Franciosa | Numerous emails with Debtor | B210 Business Operations | 0.30 | $ 300.00 | $ 90.00 |

**EXHIBIT A - Detailed Time Descriptions**

SUMMARY BY PROFESSIONAL

| Professional |
| --- |
| Mike Wyse |
| Cole Celenza |
| Michael Franciosa |

| | Date | Professional | Time Description | Project Category | Hours | | Rate | | Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 10/20/2023 | Cole Celenza | Variance test work session | B230 Financing & Cash Collateral | 0.80 | $ | 375.00 | $ | 300.00 |
| | 10/20/2023 | Cole Celenza | Monthly Operating Report work session | B290 Schedules / SOFAS / UST Reports | 0.90 | $ | 375.00 | $ | 337.50 |
| | 10/23/2023 | Michael Franciosa | Monthly Operating Report work session | B290 Schedules / SOFAS / UST Reports | 1.00 | $ | 300.00 | $ | 300.00 |
| | 10/23/2023 | Cole Celenza | Monthly Operating Report work session | B290 Schedules / SOFAS / UST Reports | 2.30 | $ | 375.00 | $ | 862.50 |
| | 10/23/2023 | Mike Wyse | Prepared for and participated in weekly update call | B210 Business Operations | 1.00 | $ | 750.00 | $ | 750.00 |
| | 10/24/2023 | Mike Wyse | Prepared for and participated in auction | B130 Asset Disposition & Sales | 4.50 | $ | 750.00 | $ | 3,375.00 |
| | 10/24/2023 | Michael Franciosa | 13-week cash flow work session | B230 Financing & Cash Collateral | 1.20 | $ | 300.00 | $ | 360.00 |
| (1) | 10/24/2023 | Michael Franciosa | Numerous emails with Debtor | B210 Business Operations | 0.50 | $ | 300.00 | $ | 150.00 |
| | 10/25/2023 | Michael Franciosa | 13-week cash flow work session. | B230 Financing & Cash Collateral | 1.20 | $ | 300.00 | $ | 360.00 |
| (1) | 10/25/2023 | Michael Franciosa | Numerous emails with Debtor | B210 Business Operations | 0.30 | $ | 300.00 | $ | 90.00 |
| (1) | 10/25/2023 | Mike Wyse | Numerous emails and calls with Debtor | B210 Business Operations | 1.20 | $ | 750.00 | $ | 900.00 |
| (1) | 10/25/2023 | Cole Celenza | Numerous emails and calls with vendor | B210 Business Operations | 1.10 | $ | 375.00 | $ | 412.50 |
| | 10/30/2023 | Mike Wyse | Prepared for and participated in weekly update call | B210 Business Operations | 1.00 | $ | 750.00 | $ | 750.00 |
| | 10/30/2023 | Michael Franciosa | SOFA/SOAL work session. | B290 Schedules / SOFAS / UST Reports | 2.60 | $ | 300.00 | $ | 780.00 |
| (1) | 10/30/2023 | Michael Franciosa | Numerous emails with Debtor | B210 Business Operations | 0.40 | $ | 300.00 | $ | 120.00 |
| | 10/31/2023 | Michael Franciosa | SOFA/SOAL work session. | B290 Schedules / SOFAS / UST Reports | 2.00 | $ | 300.00 | $ | 600.00 |
| | 10/31/2023 | Michael Franciosa | 13-week cash flow work session. | B230 Financing & Cash Collateral | 1.80 | $ | 300.00 | $ | 540.00 |
| (1) | 10/31/2023 | Michael Franciosa | Numerous emails with Debtor | B210 Business Operations | 0.30 | $ | 300.00 | $ | 90.00 |
| | 10/31/2023 | Cole Celenza | SOFA / SOAL work session | B290 Schedules / SOFAS / UST Reports | 1.40 | $ | 375.00 | $ | 525.00 |
| | **Total** | | | | **120.10** | | | | **$ 54,652.50** |

## EXHIBIT A - Detailed Time Descriptions

EXHIBIT A - Detailed Time Descriptions

**SUMMARY BY PROFESSIONAL**

| Professional | Hours | Rate | Total |
|---|---|---|---|
| Mike Wyse | 18.25 | $ 750.00 | $13,687.50 |
| Cole Celenza | 60.70 | $ 375.00 | $22,762.50 |
| Michael Franciosa | 66.90 | $ 300.00 | $20,070.00 |
| | 145.85 | | $56,520.00 |

| | Date | Professional | Time Description | Project Category | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| | 11/1/2023 | Michael Franciosa | SOFA/SOAL work session. | B290 Schedules / SOFAS / UST Reports | 2.00 | $ 300.00 | $ 600.00 |
| (1) | 11/1/2023 | Michael Franciosa | Numerous emails with Debtor. | B210 Business Operations | 0.70 | $ 300.00 | $ 210.00 |
| | 11/1/2023 | Michael Franciosa | 13-week cash flow work session. | B230 Financing & Cash Collateral | 1.40 | $ 300.00 | $ 420.00 |
| | 11/1/2023 | Cole Celenza | SOFA/SOAL work session. | B290 Schedules / SOFAS / UST Reports | 3.50 | $ 375.00 | $ 1,312.50 |
| | 11/1/2023 | Cole Celenza | 13-week cash flow work session. | B230 Financing & Cash Collateral | 0.60 | $ 375.00 | $ 225.00 |
| (1) | 11/1/2023 | Mike Wyse | Numerous calls and emails with company and counsel | B210 Business Operations | 1.50 | $ 750.00 | $ 1,125.00 |
| | 11/2/2023 | Michael Franciosa | 13-week cash flow work session. | B230 Financing & Cash Collateral | 3.00 | $ 300.00 | $ 900.00 |
| (1) | 11/2/2023 | Michael Franciosa | Numerous emails with Debtor. | B210 Business Operations | 0.90 | $ 300.00 | $ 270.00 |
| | 11/2/2023 | Cole Celenza | Cash management work session. | B230 Financing & Cash Collateral | 0.80 | $ 375.00 | $ 300.00 |
| | 11/3/2023 | Michael Franciosa | 13-week cash flow work session. | B230 Financing & Cash Collateral | 1.50 | $ 300.00 | $ 450.00 |
| | 11/3/2023 | Michael Franciosa | Liquidation analysis work session. | B230 Financing & Cash Collateral | 0.60 | $ 300.00 | $ 180.00 |
| (1) | 11/3/2023 | Cole Celenza | Numerous emails with Debtor. | B210 Business Operations | 0.60 | $ 375.00 | $ 225.00 |
| (1) | 11/3/2023 | Mike Wyse | Numerous calls and emails with company and counsel | B210 Business Operations | 1.75 | $ 750.00 | $ 1,312.50 |
| | 11/4/2023 | Michael Franciosa | Liquidation analysis work session. | B230 Financing & Cash Collateral | 2.10 | $ 300.00 | $ 630.00 |
| | 11/5/2023 | Michael Franciosa | 13-week cash flow work session. | B230 Financing & Cash Collateral | 1.30 | $ 300.00 | $ 390.00 |
| | 11/6/2023 | Mike Wyse | Prepared for and participated in weekly status calls. | B210 Business Operations | 1.50 | $ 750.00 | $ 1,125.00 |
| | 11/6/2023 | Michael Franciosa | 13-week cash flow work session. | B230 Financing & Cash Collateral | 3.00 | $ 300.00 | $ 900.00 |
| (1) | 11/6/2023 | Michael Franciosa | Numerous emails with Debtor and Debtor counsel. | B210 Business Operations | 0.80 | $ 300.00 | $ 240.00 |
| | 11/6/2023 | Michael Franciosa | Liquidation analysis work session. | B230 Financing & Cash Collateral | 0.90 | $ 300.00 | $ 270.00 |
| | 11/6/2023 | Cole Celenza | Disclosure Statement work session. | B290 Schedules / SOFAS / UST Reports | 1.30 | $ 375.00 | $ 487.50 |
| | 11/6/2023 | Cole Celenza | Liquidation analysis work session. | B230 Financing & Cash Collateral | 0.70 | $ 375.00 | $ 262.50 |
| | 11/7/2023 | Michael Franciosa | 13-week cash flow work session. | B230 Financing & Cash Collateral | 0.50 | $ 300.00 | $ 150.00 |
| (1) | 11/7/2023 | Michael Franciosa | Numerous emails with Debtor. | B210 Business Operations | 0.30 | $ 300.00 | $ 90.00 |
| (1) | 11/7/2023 | Cole Celenza | Numerous emails with Debtor. | B210 Business Operations | 0.40 | $ 375.00 | $ 150.00 |
| | 11/8/2023 | Cole Celenza | Liquidation analysis work session. | B230 Financing & Cash Collateral | 1.10 | $ 375.00 | $ 412.50 |
| (3) | 11/8/2023 | Cole Celenza | Prepared for and participated in Sale Hearing. | B130 Asset Disposition & Sales | 1.50 | $ 375.00 | $ 562.50 |
| (3) | 11/8/2023 | Michael Franciosa | Prepared for and participated in Sale Hearing. | B130 Asset Disposition & Sales | 1.50 | $ 300.00 | $ 450.00 |
| (1) | 11/8/2023 | Michael Franciosa | Numerous emails with Debtor. | B210 Business Operations | 0.30 | $ 300.00 | $ 90.00 |
| | 11/8/2023 | Michael Franciosa | Liquidation analysis work session. | B230 Financing & Cash Collateral | 0.90 | $ 300.00 | $ 270.00 |
| (1) | 11/9/2023 | Mike Wyse | Numerous calls and emails with company and counsel | B210 Business Operations | 1.50 | $ 750.00 | $ 1,125.00 |
| (1) | 11/9/2023 | Michael Franciosa | Numerous emails with Debtor. | B210 Business Operations | 0.30 | $ 300.00 | $ 90.00 |
| | 11/9/2023 | Michael Franciosa | 13-week cash flow work session. | B230 Financing & Cash Collateral | 0.70 | $ 300.00 | $ 210.00 |
| (1) | 11/9/2023 | Michael Franciosa | Numerous emails with Debtor. | B210 Business Operations | 0.40 | $ 300.00 | $ 120.00 |
| | 11/9/2023 | Michael Franciosa | Liquidation analysis work session. | B230 Financing & Cash Collateral | 1.00 | $ 300.00 | $ 300.00 |
| | 11/9/2023 | Cole Celenza | 13-week cash flow work session. | B230 Financing & Cash Collateral | 1.30 | $ 375.00 | $ 487.50 |
| | 11/9/2023 | Cole Celenza | Cash management work session. | B230 Financing & Cash Collateral | 0.80 | $ 375.00 | $ 300.00 |
| (2) | 11/10/2023 | Mike Wyse | Work session on Liquidation Analysis and Cash Flow | B230 Financing & Cash Collateral | 1.75 | $ 750.00 | $ 1,312.50 |
| | 11/10/2023 | Michael Franciosa | Liquidation analysis work session. | B230 Financing & Cash Collateral | 1.20 | $ 300.00 | $ 360.00 |
| | 11/10/2023 | Michael Franciosa | 13-week cash flow work session. | B230 Financing & Cash Collateral | 2.70 | $ 300.00 | $ 810.00 |
| (1) | 11/10/2023 | Cole Celenza | Numerous emails with Debtor and Debtor counsel. | B210 Business Operations | 1.10 | $ 375.00 | $ 412.50 |
| | 11/13/2023 | Mike Wyse | Prepared for and participated in weekly status calls. | B210 Business Operations | 1.50 | $ 750.00 | $ 1,125.00 |
| (1) | 11/13/2023 | Michael Franciosa | Numerous emails with Debtor. | B210 Business Operations | 0.40 | $ 300.00 | $ 120.00 |
| | 11/13/2023 | Michael Franciosa | Monthly Operating Report work session. | B290 Schedules / SOFAS / UST Reports | 1.80 | $ 300.00 | $ 540.00 |
| | 11/13/2023 | Michael Franciosa | SOFA/SOAL work session. | B290 Schedules / SOFAS / UST Reports | 1.90 | $ 300.00 | $ 570.00 |
| (1) | 11/13/2023 | Michael Franciosa | Numerous emails with Debtor and Debtor counsel. | B210 Business Operations | 0.50 | $ 300.00 | $ 150.00 |
| (3) | 11/13/2023 | Cole Celenza | Prepared for and participated in weekly status call. | B210 Business Operations | 0.70 | $ 375.00 | $ 262.50 |
| | 11/13/2023 | Cole Celenza | Disclosure Statement work session. | B290 Schedules / SOFAS / UST Reports | 1.30 | $ 375.00 | $ 487.50 |
| | 11/14/2023 | Michael Franciosa | 13-week cash flow work session. | B230 Financing & Cash Collateral | 1.30 | $ 300.00 | $ 390.00 |
| (1) | 11/14/2023 | Michael Franciosa | Numerous emails with Debtor. | B210 Business Operations | 0.60 | $ 300.00 | $ 180.00 |
| | 11/14/2023 | Cole Celenza | 13-week cash flow work session. | B230 Financing & Cash Collateral | 0.80 | $ 375.00 | $ 300.00 |
| | 11/14/2023 | Cole Celenza | Liquidation analysis work session. | B230 Financing & Cash Collateral | 1.10 | $ 375.00 | $ 412.50 |
| | 11/15/2023 | Mike Wyse | Prepared for and participated in calls re Liquidation Analysis | B230 Financing & Cash Collateral | 2.00 | $ 750.00 | $ 1,500.00 |
| | 11/15/2023 | Michael Franciosa | Liquidation analysis work session. | B230 Financing & Cash Collateral | 0.50 | $ 300.00 | $ 150.00 |
| (1) | 11/15/2023 | Michael Franciosa | Numerous emails with Debtor. | B210 Business Operations | 0.20 | $ 300.00 | $ 60.00 |
| | 11/15/2023 | Michael Franciosa | Liquidation analysis work session. | B230 Financing & Cash Collateral | 0.50 | $ 300.00 | $ 150.00 |
| (4) | 11/15/2023 | Michael Franciosa | Liquidation analysis work session. | B230 Financing & Cash Collateral | 0.50 | $ 300.00 | $ 150.00 |
| | 11/15/2023 | Michael Franciosa | Wind down budget work session. | B230 Financing & Cash Collateral | 2.00 | $ 300.00 | $ 600.00 |
| | 11/15/2023 | Cole Celenza | Liquidation analysis work session. | B230 Financing & Cash Collateral | 0.90 | $ 375.00 | $ 337.50 |
| | 11/15/2023 | Cole Celenza | Prepared for and participated in Liquidation Analysis. | B230 Financing & Cash Collateral | 0.50 | $ 375.00 | $ 187.50 |
| | 11/15/2023 | Cole Celenza | SOFA/SOAL work session. | B290 Schedules / SOFAS / UST Reports | 2.50 | $ 375.00 | $ 937.50 |
| | 11/16/2023 | Michael Franciosa | SOFA/SOAL work session. | B290 Schedules / SOFAS / UST Reports | 1.80 | $ 300.00 | $ 540.00 |
| | 11/16/2023 | Cole Celenza | Wind down budget work session. | B230 Financing & Cash Collateral | 0.50 | $ 375.00 | $ 187.50 |
| (1) | 11/16/2023 | Cole Celenza | Numerous emails with Debtor. | B210 Business Operations | 1.10 | $ 375.00 | $ 412.50 |
| | 11/17/2023 | Michael Franciosa | Cash flow discussion with Debtor. | B230 Financing & Cash Collateral | 0.70 | $ 300.00 | $ 210.00 |
| | 11/17/2023 | Michael Franciosa | SOFA/SOAL work session. | B290 Schedules / SOFAS / UST Reports | 1.50 | $ 300.00 | $ 450.00 |
| (1) | 11/17/2023 | Michael Franciosa | Numerous emails with Debtor. | B210 Business Operations | 0.30 | $ 300.00 | $ 90.00 |
| | 11/17/2023 | Cole Celenza | SOFA/SOAL work session. | B290 Schedules / SOFAS / UST Reports | 1.40 | $ 375.00 | $ 525.00 |
| | 11/17/2023 | Cole Celenza | Cash management work session. | B230 Financing & Cash Collateral | 1.10 | $ 375.00 | $ 412.50 |
| | 11/17/2023 | Cole Celenza | 13-week cash flow work session. | B230 Financing & Cash Collateral | 0.90 | $ 375.00 | $ 337.50 |
| | 11/18/2023 | Michael Franciosa | Monthly Operating Report work session. | B290 Schedules / SOFAS / UST Reports | 2.30 | $ 300.00 | $ 690.00 |
| | 11/20/2023 | Mike Wyse | Prepared for and participated in weekly status calls. | B210 Business Operations | 1.50 | $ 750.00 | $ 1,125.00 |
| | 11/20/2023 | Michael Franciosa | Monthly Operating Report work session. | B290 Schedules / SOFAS / UST Reports | 3.90 | $ 300.00 | $ 1,170.00 |
| (1) | 11/20/2023 | Michael Franciosa | Numerous emails with Debtor. | B210 Business Operations | 0.60 | $ 300.00 | $ 180.00 |
| (3) | 11/20/2023 | Cole Celenza | Prepared for and participated in weekly status call. | B210 Business Operations | 0.20 | $ 375.00 | $ 75.00 |
| | 11/20/2023 | Cole Celenza | SOFA/SOAL work session. | B290 Schedules / SOFAS / UST Reports | 2.90 | $ 375.00 | $ 1,087.50 |
| (1) | 11/20/2023 | Cole Celenza | Numerous emails with Debtor and Debtor counsel. | B210 Business Operations | 0.90 | $ 375.00 | $ 337.50 |
| | 11/20/2023 | Cole Celenza | Monthly Operating Report work session. | B290 Schedules / SOFAS / UST Reports | 3.10 | $ 375.00 | $ 1,162.50 |

**EXHIBIT A - Detailed Time Descriptions**

**SUMMARY BY PROFESSIONAL**

Professional
Mike Wyse
Cole Celenza
Michael Franciosa

| | Date | Professional | Time Description | Project Category | Hours | | Rate | | Total |
|---|---|---|---|---|---|---|---|---|---|
| | 11/21/2023 | Michael Franciosa | 13-week cash flow work session. | B230 Financing & Cash Collateral | 0.80 | $ | 300.00 | $ | 240.00 |
| (1) | 11/21/2023 | Michael Franciosa | Numerous emails with Debtor. | B210 Business Operations | 0.30 | $ | 300.00 | $ | 90.00 |
| | 11/21/2023 | Michael Franciosa | Monthly Operating Report work session. | B290 Schedules / SOFAS / UST Reports | 1.20 | $ | 300.00 | $ | 360.00 |
| | 11/21/2023 | Cole Celenza | SOFA/SOAL work session. | B290 Schedules / SOFAS / UST Reports | 0.80 | $ | 375.00 | $ | 300.00 |
| | 11/21/2023 | Cole Celenza | Monthly Operating Report work session. | B290 Schedules / SOFAS / UST Reports | 2.50 | $ | 375.00 | $ | 937.50 |
| | 11/21/2023 | Cole Celenza | SOFA/SOAL work session. | B290 Schedules / SOFAS / UST Reports | 2.40 | $ | 375.00 | $ | 900.00 |
| | 11/21/2023 | Cole Celenza | 13-week cash flow work session. | B230 Financing & Cash Collateral | 0.70 | $ | 375.00 | $ | 262.50 |
| | 11/22/2023 | Michael Franciosa | Cash management work session. | B230 Financing & Cash Collateral | 0.80 | $ | 300.00 | $ | 240.00 |
| | 11/22/2023 | Michael Franciosa | 13-week cash flow work session. | B230 Financing & Cash Collateral | 0.70 | $ | 300.00 | $ | 210.00 |
| | 11/22/2023 | Cole Celenza | Prepared for and participated in Disclosure Statement hearing. | B290 Schedules / SOFAS / UST Reports | 1.30 | $ | 375.00 | $ | 487.50 |
| | 11/27/2023 | Mike Wyse | Prepared for and participated in weekly status calls. | B210 Business Operations | 1.50 | $ | 750.00 | $ | 1,125.00 |
| (1) | 11/27/2023 | Michael Franciosa | Numerous emails and calls with Debtor and Debtor counsel. | B210 Business Operations | 1.00 | $ | 300.00 | $ | 300.00 |
| | 11/27/2023 | Michael Franciosa | SOFA/SOAL work session. | B290 Schedules / SOFAS / UST Reports | 1.10 | $ | 300.00 | $ | 330.00 |
| | 11/27/2023 | Cole Celenza | Objections work session. | B290 Schedules / SOFAS / UST Reports | 1.60 | $ | 375.00 | $ | 600.00 |
| (1) | 11/27/2023 | Cole Celenza | Numerous emails with Debtor and Debtor counsel. | B210 Business Operations | 0.90 | $ | 375.00 | $ | 337.50 |
| (3) | 11/27/2023 | Cole Celenza | Prepared for and participated in weekly status call. | B210 Business Operations | 0.40 | $ | 375.00 | $ | 150.00 |
| | 11/27/2023 | Cole Celenza | 13-week cash flow work session. | B230 Financing & Cash Collateral | 1.10 | $ | 375.00 | $ | 412.50 |
| | 11/27/2023 | Cole Celenza | Filed objections work session. | B290 Schedules / SOFAS / UST Reports | 0.50 | $ | 375.00 | $ | 187.50 |
| (1) | 11/28/2023 | Mike Wyse | Numerous calls and emails with company and counsel | B210 Business Operations | 2.25 | $ | 750.00 | $ | 1,687.50 |
| | 11/28/2023 | Michael Franciosa | Professional fee carve-out work session. | B230 Financing & Cash Collateral | 2.10 | $ | 300.00 | $ | 630.00 |
| | 11/28/2023 | Michael Franciosa | 13-week cash flow work session. | B230 Financing & Cash Collateral | 1.30 | $ | 300.00 | $ | 390.00 |
| | 11/28/2023 | Michael Franciosa | SOFA/SOAL work session. | B290 Schedules / SOFAS / UST Reports | 1.50 | $ | 300.00 | $ | 450.00 |
| | 11/28/2023 | Michael Franciosa | Disclosure Statement work session. | B290 Schedules / SOFAS / UST Reports | 0.50 | $ | 300.00 | $ | 150.00 |
| (1) | 11/28/2023 | Michael Franciosa | Numerous emails with Debtor. | B210 Business Operations | 0.20 | $ | 300.00 | $ | 60.00 |
| | 11/28/2023 | Cole Celenza | 13-week cash flow work session. | B230 Financing & Cash Collateral | 1.50 | $ | 375.00 | $ | 562.50 |
| | 11/28/2023 | Cole Celenza | Disclosure Statement work session. | B290 Schedules / SOFAS / UST Reports | 2.10 | $ | 375.00 | $ | 787.50 |
| (1) | 11/28/2023 | Cole Celenza | Numerous emails and calls with Debtor and Debtor counsel. | B210 Business Operations | 0.70 | $ | 375.00 | $ | 262.50 |
| | 11/28/2023 | Cole Celenza | DIP budget work session. | B230 Financing & Cash Collateral | 0.90 | $ | 375.00 | $ | 337.50 |
| | 11/29/2023 | Michael Franciosa | Priority claim work session. | B290 Schedules / SOFAS / UST Reports | 0.70 | $ | 300.00 | $ | 210.00 |
| (1) | 11/29/2023 | Michael Franciosa | Numerous emails with Debtor. | B210 Business Operations | 0.30 | $ | 300.00 | $ | 90.00 |
| | 11/29/2023 | Michael Franciosa | Analysis of Debtor's depositors | B210 Business Operations | 2.30 | $ | 300.00 | $ | 690.00 |
| | 11/29/2023 | Michael Franciosa | 13-week cash flow work session. | B230 Financing & Cash Collateral | 0.60 | $ | 300.00 | $ | 180.00 |
| | 11/29/2023 | Michael Franciosa | 13-week cash flow work session. | B230 Financing & Cash Collateral | 2.20 | $ | 300.00 | $ | 660.00 |
| | 11/29/2023 | Cole Celenza | Professional fee carve-out work session. | B230 Financing & Cash Collateral | 0.50 | $ | 375.00 | $ | 187.50 |
| (1) | 11/29/2023 | Cole Celenza | Numerous emails with Debtor and Debtor counsel. | B210 Business Operations | 0.80 | $ | 375.00 | $ | 300.00 |
| | 11/29/2023 | Cole Celenza | Priority claim work session. | B290 Schedules / SOFAS / UST Reports | 2.10 | $ | 375.00 | $ | 787.50 |
| | 11/29/2023 | Cole Celenza | 13-week cash flow work session. | B230 Financing & Cash Collateral | 2.10 | $ | 375.00 | $ | 787.50 |
| (1) | 11/30/2023 | Mike Wyse | Numerous calls and emails with company and counsel | B210 Business Operations | 1.50 | $ | 750.00 | $ | 1,125.00 |
| (1) | 11/30/2023 | Cole Celenza | Numerous emails and calls with Debtor and Debtor counsel. | B210 Business Operations | 0.70 | $ | 375.00 | $ | 262.50 |
| | 11/30/2023 | Cole Celenza | Disclosure Statement work session. | B290 Schedules / SOFAS / UST Reports | 0.40 | $ | 375.00 | $ | 150.00 |
| | 11/30/2023 | Cole Celenza | Liquidation analysis work session. | B230 Financing & Cash Collateral | 1.70 | $ | 375.00 | $ | 637.50 |
| | 11/30/2023 | Cole Celenza | 13-week cash flow work session. | B230 Financing & Cash Collateral | 1.40 | $ | 375.00 | $ | 525.00 |
| | **Total** | | | | **145.85** | | | **$** | **56,520.00** |