UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

|  |  |  |
|---|---|---|
| EVANGELICAL RETIREMENT HOMES OF GREATER CHICAGO, INCORPORATED d/b/a FRIENDSHIP VILLAGE OF SCHAUMBURG, | ) ) ) ) ) ) ) | Case No. 23bk07541<br><br>Chapter 11<br><br>Judge Timothy A. Barnes |
| Debtor(s). | | |

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO NEWPOINT ADVISORS CORPORATION, FINANCIAL ADVISOR FOR THE OFFICIAL COMMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE AND PAYMENT OF <u>INTERIM</u> COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 39,365.00 | TOTAL COSTS REQUESTED: | $ 0.00 |
| TOTAL FEES REDUCED: | $ 9,190.05 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 30,174.95 | TOTAL COSTS ALLOWED: | $ 0.00 |

TOTAL FEES AND COSTS ALLOWED: $30,174.95*

*Pursuant to paragraph 2(d) of Dkt. No. 150, the Debtor may only pay 80% of allowed fees and 100% of costs.

The attached time and expense entries have been underlined to reflect disallowance in whole or in part.  The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry.  The numerical notations correspond to the enumerated paragraphs below.
(1)      <u>Unreasonable Time – TOTAL of disallowed amounts: $440.80</u>

The Court denies the allowance in part of compensation for the indicated task(s) since the professional or paraprofessional expended an unreasonable amount of time on the task(s) in light of the nature of the task(s), the experience and knowledge of the professional performing the task(s), and the amount of time previously expended by the professional or another on the task(s).  *In re Pettibone,* 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency.  Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman,* 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (same).

As to the time devoted to the preparation of the fee application itself, the Court denies the allowance of compensation that is disproportionate to the total hours in the main case.  *In re Wildman*, 72 B.R. 700, 711 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("In the absence of unusual circumstances, the hours allowed by this Court for preparing and litigating the attorney fee application should not exceed three percent of the total hours in the main case."); *In re Spanjer Bros., Inc.*, 203 B.R. 85, 93 (Bankr. N.D. Ill. 1996) (Squires, J.) (compensation limited to 5%); *see also In re Pettibone Corp.*, 74 B.R. 293, 304 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (*citing Coulter v. State of*

*Tennessee*, 805 F.2d 146, 151 (6th Cir. 1986) (in nonbankruptcy cases, compensation for preparation and litigation of fee petitions limited to 3-5% of the hours of the main case)).

(2)      Lumping – TOTAL of disallowed amounts (10% of affected entries): $337.25

The Court may impose a ten percent penalty on entries that appear to be "lumping." The Court will reduce each entry marked as such per the penalty. *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

(3)      Clerical Work Not Compensable – TOTAL of disallowed amounts: $855.00

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (*citing Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989)); *see also In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

(4)      Insufficient Description – TOTAL of disallowed amounts: $3,465.00

The Court denies the allowance of compensation for the indicated task(s) as the description of each task fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-09 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (same).

(5)      Duplication of Services – TOTAL of disallowed amounts: $4,092.00

The Court denies the allowance of compensation for services that duplicate those of another professional or paraprofessional. *See* 11 U.S.C. § 330(a)(4)(A)(i). Reduction in fees is warranted if multiple attorneys from the same firm appear in court on a motion or argument or for a conference, unless counsel adequately demonstrates that each attorney present contributed in some meaningful way. *In re Pettibone*, 74 B.R. 293, 307 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("A debtor's estate should not bear the burden of duplication of services. If found in the record, such duplication shall be disallowed by the court as unnecessary."). It is also an accepted principle that generally no more than one attorney may bill for time spent in an intra-office conference or meeting absent an adequate explanation. *See In re Adventist Living Ctrs., Inc.*, 137 B.R. 701, 716 (Bankr. N.D. Ill. 1991) (Sonderby, J.); *In re Pettibone*, 74 B.R. at 303; *But see In re MEP Infrastructure Sols., Inc.*, 654 B.R. 922, 925 (Bankr. N.D. Ill. 2023) (Goldgar, J.) (incorrectly citing *In re Stainless Sales Corp.*, Case No. 17 B 3148, 2017 WL 2829675, at *2 (Bankr. N.D. Ill. June 27, 2017) (Barnes, J.) for the proposition that

intra-office meetings between multiple lawyers are never compensable when *Stainless* cites to *Pettibone* for the foregoing—that an application must "adequately demonstrate[] that each attorney present contributed in some meaningful way" and thus satisfy 11 U.S.C. § 330(a)(3)(D) by demonstrating that the meeting is "necessary" or "beneficial" and must have taken a "reasonable amount of time.").

Dated:  February 14, 2024

_____

Timothy A. Barnes
United States Bankruptcy Judge

**Summary of Professional Time**
**by Activity Code Category**
**for this Time Period Only**
**(EXHIBIT A)**

Activity Code: **Asset Disposition**

| Name | Title | Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| Matthew Brash | Senior Managing Director | $ 395.00 | 8.50 | $ 3,357.50 |
| Carin Sorvik, CPA, CIRA | Senior Director | $ 365.00 | 6.60 | $ 2,409.00 |
| Michael Cunningham | Associate | $ 325.00 | 6.20 | $ 2,015.00 |
| Patrick Andreen | Associate | $ 225.00 | 1.60 | $ 360.00 |
| | **Activity Subtotal:** | | **22.90** | **$ 8,141.50** |

Activity Code: **Fee/Employment Applications**

| | Name | Title | Hourly Rate | Hours | Fees |
|---|---|---|---|---|---|
| (1) Unreasonable time | | | | | |
| 5%=$1,968.20 | Carin Sorvik, CPA, CIRA | Senior Director | $ 365.00 | 6.60 | $ 2,409.00 |
| | | **Activity Subtotal:** | | **6.60** | **$ 2,409.00** |

Activity Code: **Litigation Consulting**

| Name | Title | Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| Matthew Brash | Senior Managing Director | $ 395.00 | 4.10 | $ 1,619.50 |
| Carin Sorvik, CPA, CIRA | Senior Director | $ 365.00 | 39.00 | $ 14,235.00 |
| Michael Cunningham | Associate | $ 325.00 | 27.90 | $ 9,067.50 |
| Patrick Andreen | Associate | $ 225.00 | 11.80 | $ 2,655.00 |
| Camryn Douglas | Associate | $ 225.00 | 5.50 | $ 1,237.50 |
| | **Activity Subtotal:** | | **88.30** | **$ 28,814.50** |
| | **Total** | | **117.80** | **$ 39,365.00** |

**Blended Average Hourly Rate** $ 334.17

**Detail of Professional Time
by Activity Code
for this Period Only
(EXHIBIT B)**

| | Name | Activity Code | Date | Description | Time | Rate | Value |
|---|---|---|---|---|---|---|---|
| (2) lumping | Matthew Brash | Asset Disposition | 09/05/23 | Document review; calls with parties; review of bids and stalking horse; call with NAC team | 1.7 | $ 395.00 | $ 671.50 |
| (3) clerical | Patrick Andreen | Asset Disposition | 09/12/23 | Continued work indexing and sorting requested documents including APAs | 0.6 | $ 225.00 | $ 135.00 |
| | Michael Cunningham | Asset Disposition | 09/12/23 | Review Asset Purchase Agreement from Bidder Lapis, SAK Healthcare, and research Bidder | 0.9 | $ 325.00 | $ 292.50 |
| | Michael Cunningham | Asset Disposition | 09/13/23 | Review Asset Purchase Agreement from Bidder McFarlin Group, Lutheran Communities, and research Bidder | 1.2 | $ 325.00 | $ 390.00 |
| (4) insufficient | Matthew Brash | Asset Disposition | 09/14/23 | Internal call; stalking horse review (bids) and financials/docs | 0.5 | $ 395.00 | $ 197.50 |
| | Carin Sorvik, CPA, CIRA | Asset Disposition | 09/14/23 | Call w/ MB and MC re analysis of stalking horse bidders, document request, and avoidable transfer analysis; related follow up | 1.1 | $ 365.00 | $ 401.50 |
| (5) duplication | Matthew Brash | Asset Disposition | 09/14/23 | Call with committee - re: stalking horse | 1.1 | $ 395.00 | $ 434.50 |
| (5) | Michael Cunningham | Asset Disposition | 09/14/23 | Phone call with Consultants discussing Preferred Bidder, Reasons for Preference, Deficits of Secondary Bidders, Documents Received and Documents Still Needed, and Plan for Committee Call | 1.1 | $ 325.00 | $ 357.50 |
| | Carin Sorvik, CPA, CIRA | Asset Disposition | 09/18/23 | Follow up re stalking horse bidder | 0.2 | $ 365.00 | $ 73.00 |
| | Matthew Brash | Asset Disposition | 09/21/23 | Creditor Committee Call - Sale | 0.7 | $ 395.00 | $ 276.50 |
| | Matthew Brash | Asset Disposition | 10/11/23 | Review of data collected; next steps and possible bids | 0.8 | $ 395.00 | $ 316.00 |
| | Matthew Brash | Asset Disposition | 10/24/23 | Attend auction - auction continued | 1.8 | $ 395.00 | $ 711.00 |
| | Michael Cunningham | Asset Disposition | 10/24/23 | Call with Newpoint Team re memorandum, bid matrix, and Asset Purchase Agreement proposed by winning bidder; further discussion re the shortcomings of the winning bidder | 1.0 | $ 325.00 | $ 325.00 |
| | Matthew Brash | Asset Disposition | 10/25/23 | Review of APA/Matrix and update memo | 0.5 | $ 395.00 | $ 197.50 |
| | Carin Sorvik, CPA, CIRA | Asset Disposition | 10/25/23 | Call w/ MB and MC re analysis of auction bids | 0.5 | $ 365.00 | $ 182.50 |
| (4) | Matthew Brash | Asset Disposition | 10/26/23 | Multiple emails and calls re: auction matrix and results | 1.4 | $ 395.00 | $ 553.00 |
| (5) | Patrick Andreen | Asset Disposition | 10/26/23 | Call with Committee and Counsel to discuss NAC findings and sale | 1.0 | $ 225.00 | $ 225.00 |
| (5) | Michael Cunningham | Asset Disposition | 10/26/23 | Call with Newpoint Team to discuss further additions and revisions to draft memo and re the bid matrix and most recent Asset Purchase Agreement by winning bidder | 1.0 | $ 325.00 | $ 325.00 |
| | Carin Sorvik, CPA, CIRA | Asset Disposition | 10/26/23 | Calls w/ MC, PA, and MB re analysis of sale, historical financial documents provided; related follow up | 2.4 | $ 365.00 | $ 876.00 |
| | Carin Sorvik, CPA, CIRA | Asset Disposition | 10/26/23 | Call w/ committee and counsel re sale and other items | 1.0 | $ 365.00 | $ 365.00 |
| (5) | Michael Cunningham | Asset Disposition | 10/26/23 | Call with Unsecured Creditors Committee and Counsel re bid matrix, most recent Asset Purchase Agreement of winning bidder, and potential need for CCRC-experienced management consultant to assist with transition to new ownership, and present findings of excess management fees, as well as non-compliance of management fees with both industry standards and their own management agreement | 1.0 | $ 325.00 | $ 325.00 |
| | Carin Sorvik, CPA, CIRA | Asset Disposition | 11/21/23 | Call w/ Committee including re sale, disclosure stmt, NAC analysis of historical financial documents, D&O claim; related follow up | 1.4 | $ 365.00 | $ 511.00 |
| | | | | | 22.9 | | $8,141.50 |
| | | | | **Average Blended Rate - Asset Disposition** | | $ 355.52 | |
| | Carin Sorvik, CPA, CIRA | Fee/Employment Applications | 09/10/23 | Preparation of August 2023 fee statement and corresponding exhibits; related follow up | 2.6 | $ 365.00 | $ 949.00 |
| | Carin Sorvik, CPA, CIRA | Fee/Employment Applications | 10/06/23 | Preparation of monthly fee statement for September 2023; related follow up | 1.6 | $ 365.00 | $ 584.00 |
| | Carin Sorvik, CPA, CIRA | Fee/Employment Applications | 11/09/23 | Preparation of October fee statement; related follow up | 0.9 | $ 365.00 | $ 328.50 |
| | Carin Sorvik, CPA, CIRA | Fee/Employment Applications | 11/22/23 | Preparation of first interim fee application; related follow up | 1.5 | $ 365.00 | $ 547.50 |
| | | | | | 6.6 | | $ 2,409.00 |
| | | | | **Average Blended Rate - Asset Disposition** | | $ 365.00 | |
| (3) | Patrick Andreen | Litigation Consulting | 09/11/23 | Updated and sorted files requested, including AR, AP, Bank Statements, Cost Reports, and General Ledgers | 1.3 | $ 225.00 | $ 292.50 |
| | Carin Sorvik, CPA, CIRA | Litigation Consulting | 09/14/23 | Call w/ Committee and Counsel re status of documents requested; related follow up | 1.6 | $ 365.00 | $ 584.00 |
| (5) | Michael Cunningham | Litigation Consulting | 09/14/23 | Unsecured Creditor Committee Call with Counsel and Committee Members | 1.2 | $ 325.00 | $ 390.00 |
| (4) | Carin Sorvik, CPA, CIRA | Litigation Consulting | 09/14/23 | Analysis of documents requested and provided to date; related follow up | 1.5 | $ 365.00 | $ 547.50 |
| (4) | Carin Sorvik, CPA, CIRA | Litigation Consulting | 09/15/23 | Follow up regarding documents requested from Debtor's financial advisor | 0.9 | $ 365.00 | $ 328.50 |
| | Michael Cunningham | Litigation Consulting | 09/17/23 | Analysis of general ledger entries for checking operating account for management fees and unusual large transfers | 1.7 | $ 325.00 | $ 552.50 |
| | Michael Cunningham | Litigation Consulting | 09/20/23 | Prepare analysis re general ledger operating checking account, and continued analysis of findings | 1.7 | $ 325.00 | $ 552.50 |
| | Michael Cunningham | Litigation Consulting | 09/21/23 | Analysis of bank statements for management fees assessed and unusual large transfers, and compare to general ledger operating checking account analysis | 1.5 | $ 325.00 | $ 487.50 |
| (4) | Matthew Brash | Litigation Consulting | 09/21/23 | internal staff call to discuss next steps | 0.2 | $ 395.00 | $ 79.00 |

**Detail of Professional Time**
**by Activity Code**
**for this Period Only**
**(EXHIBIT B)**

| | Name | Activity Code | Date | Description | Time | Rate | Value |
|---|---|---|---|---|---|---|---|
| | Carin Sorvik, CPA, CIRA | Litigation Consulting | 09/21/23 | Call w/ Committee and Counsel re status of documents requested; related follow up | 1.5 | $ 365.00 | $ 547.50 |
| | Carin Sorvik, CPA, CIRA | Litigation Consulting | 09/21/23 | Follow up re documents requested, including call w/ MC re same | 0.6 | $ 365.00 | $ 219.00 |
| | Michael Cunningham | Litigation Consulting | 09/21/23 | Call related to additional documents needed, findings to date, and strategy for call with attorney | 0.5 | $ 325.00 | $ 162.50 |
| (2) | Michael Cunningham | Litigation Consulting | 09/22/23 | Review management agreement and prepare analysis reflecting contracted management fees based on income statements provided; conduct research re published industry management fees | 1.3 | $ 325.00 | $ 422.50 |
| (2) | Carin Sorvik, CPA, CIRA | Litigation Consulting | 09/22/23 | Call w/ counsel re documents requested and follow up w/ debtor's financial advisor re items missing | 0.9 | $ 365.00 | $ 328.50 |
| (5) | Michael Cunningham | Litigation Consulting | 09/22/23 | Phone call with Attorney and Consultants reviewing status of documents requested, new findings, and strategy going forward | 0.6 | $ 325.00 | $ 195.00 |
| | Carin Sorvik, CPA, CIRA | Litigation Consulting | 09/22/23 | Review documents provided to date responsive to requests sent to Debtor's financial advisor; related follow up | 1.1 | $ 365.00 | $ 401.50 |
| (3)I | Patrick Andreen | Litigation Consulting | 09/22/23 | Sorted critical documents including GL, Bank Statements, and refund request | 0.5 | $ 225.00 | $ 112.50 |
| | Michael Cunningham | Litigation Consulting | 09/25/23 | Review bank statements for all management fees and any unusual transactions | 1.1 | $ 325.00 | $ 357.50 |
| (2) | Michael Cunningham | Litigation Consulting | 09/28/23 | Analysis of management agreement for any non-compliance with agreement, Trust account, and Key Bank account for any unusual transactions, as well as comparison with checking operating account | 2.1 | $ 325.00 | $ 682.50 |
| | Carin Sorvik, CPA, CIRA | Litigation Consulting | 09/28/23 | Call w/ MC and PA re analysis of debtor financial records; related follow up | 0.4 | $ 365.00 | $ 146.00 |
| (5) | Michael Cunningham | Litigation Consulting | 09/28/23 | Call w/ NAC CS and PA re analysis of documents | 0.3 | $ 325.00 | $ 97.50 |
| (3) | Patrick Andreen | Litigation Consulting | 10/03/23 | Continued document indexing to sort budget variances and general ledgers | 0.2 | $ 225.00 | $ 45.00 |
| | Carin Sorvik, CPA, CIRA | Litigation Consulting | 10/03/23 | Monitor correspondence w/ counsel and committee, including re potential D&O claim | 0.2 | $ 365.00 | $ 73.00 |
| (5) | Patrick Andreen | Litigation Consulting | 10/05/23 | Internal call re analysis in progress and next steps | 0.3 | $ 225.00 | $ 67.50 |
| (5) | Michael Cunningham | Litigation Consulting | 10/05/23 | Discussed status of documentation requested, newly received documents, and plans for documentation review over the next 7 days, and set next meeting date | 0.3 | $ 325.00 | $ 97.50 |
| | Carin Sorvik, CPA, CIRA | Litigation Consulting | 10/05/23 | Call w/ MC and PA re analysis of debtor financial records; related follow up | 0.3 | $ 365.00 | $ 109.50 |
| | Michael Cunningham | Litigation Consulting | 10/13/23 | Review General Ledger entries 15 months pre-petition, comparing Bank Statement entries as well as P & L entries. | 1.6 | $ 325.00 | $ 520.00 |
| (2) | Michael Cunningham | Litigation Consulting | 10/13/23 | Review General Ledger, Bank Statements, P & L Statements, and filings. Determine questionable transactions and conduct further research. Review Asset Purchase Agreement of Stalking Horse Bidder for impact on current and former residents, as well as unsecured creditors. | 1.7 | $ 325.00 | $ 552.50 |
| (5) | Patrick Andreen | Litigation Consulting | 10/13/23 | Internal call to discuss document sorting and analysis | 0.7 | $ 225.00 | $ 157.50 |
| | Carin Sorvik, CPA, CIRA | Litigation Consulting | 10/13/23 | Call w/ MC and PA re analysis of historical financial documents | 0.8 | $ 365.00 | $ 292.00 |
| (5) | Michael Cunningham | Litigation Consulting | 10/14/23 | Call with associates covering transactions recorded in the General Ledger and Bank Statements, as well as in the tax returns. Plan developed regarding ongoing investigation. Key case dates and proposed sale details reviewed. | 0.7 | $ 325.00 | $ 227.50 |
| | Patrick Andreen | Litigation Consulting | 10/16/23 | Sorted General Ledgers to track accounts and created tax spread using company tax returns | 3.2 | $ 225.00 | $ 720.00 |
| | Carin Sorvik, CPA, CIRA | Litigation Consulting | 10/17/23 | Call w/ MC and PA re analysis of historical financial documents; related follow up | 0.5 | $ 365.00 | $ 182.50 |
| (5) | Patrick Andreen | Litigation Consulting | 10/17/23 | Internal Call to discuss critical document request | 0.5 | $ 225.00 | $ 112.50 |
| | Patrick Andreen | Litigation Consulting | 10/17/23 | Continued creating tax spread using tax returns | 0.7 | $ 225.00 | $ 157.50 |
| | Carin Sorvik, CPA, CIRA | Litigation Consulting | 10/19/23 | Follow up re analysis of Debtor's historical financial records | 0.2 | $ 365.00 | $ 73.00 |
| | Michael Cunningham | Litigation Consulting | 10/21/23 | Draft memorandum prepared for review regarding excessive management fees paid to Parent Organization from April, 2022 forward, as well as noting non-compliance with other areas of the executed agreement between the two parties (FVS and FSO) | 1.1 | $ 325.00 | $ 357.50 |
| | Carin Sorvik, CPA, CIRA | Litigation Consulting | 10/23/23 | Call w/ MC re analysis of company financial documents and NAC memo re same; related follow up | 0.5 | $ 365.00 | $ 182.50 |
| | Michael Cunningham | Litigation Consulting | 10/24/23 | Analysis of checking operating account statements for additional time periods for disbursements re management fees and comparison of all management fee disbursements in the bank statements with transactions recorded in the financial statements, and for other questionable disbursements into the same account receiving management fee disbursements | 2.3 | $ 325.00 | $ 747.50 |
| (5) | Patrick Andreen | Litigation Consulting | 10/24/23 | Call w/ MC and CS to discuss memo re analysis of historical financial documents | 1.0 | $ 225.00 | $ 225.00 |

**Detail of Professional Time**
**by Activity Code**
**for this Period Only**
**(EXHIBIT B)**

| | Name | Activity Code | Date | Description | Time | Rate | Value |
|---|---|---|---|---|---|---|---|
| (5) | Michael Cunningham | Litigation Consulting | 10/24/23 | Call with Newpoint Team to discuss memo re analysis of historical financial documents | 1.8 | $ 325.00 | $ 585.00 |
| | Carin Sorvik, CPA, CIRA | Litigation Consulting | 10/24/23 | Call w/ MC, PA, and MB to discuss memo re analysis of Debtor's historical financial records; related follow up | 2.1 | $ 365.00 | $ 766.50 |
| (3) | Patrick Andreen | Litigation Consulting | 10/25/23 | Organized critical documents and PL analysis | 1.2 | $ 225.00 | $ 270.00 |
| (4) | Matthew Brash | Litigation Consulting | 10/26/23 | Multiple calls and emails re: meeting with committee | 1.8 | $ 395.00 | $ 711.00 |
| | Patrick Andreen | Litigation Consulting | 10/26/23 | Call w/ CS and MC re memo and analysis of historical financial documents | 1.0 | $ 225.00 | $ 225.00 |
| (5) | Patrick Andreen | Litigation Consulting | 10/26/23 | Continued call w/ MC and CS to discuss memo re analysis of historical financial documents | 1.2 | $ 225.00 | $ 270.00 |
| | Carin Sorvik, CPA, CIRA | Litigation Consulting | 10/26/23 | Continued analysis of historical financial documents for memo re management fees and other items | 1.2 | $ 365.00 | $ 438.00 |
| | Carin Sorvik, CPA, CIRA | Litigation Consulting | 10/27/23 | Continued review and update analysis of income tax returns and general ledger | 2.8 | $ 365.00 | $ 1,022.00 |
| | Michael Cunningham | Litigation Consulting | 10/30/23 | Review bank statements and assist with preparation of draft memorandum to UCC and Counsel | 1.8 | $ 325.00 | $ 585.00 |
| | Carin Sorvik, CPA, CIRA | Litigation Consulting | 10/30/23 | Call w/ counsel re docs provided by FSO | 0.1 | $ 365.00 | $ 36.50 |
| (4) | Carin Sorvik, CPA, CIRA | Litigation Consulting | 10/30/23 | Follow up re additional docs provided | 0.6 | $ 365.00 | $ 219.00 |
| | Carin Sorvik, CPA, CIRA | Litigation Consulting | 10/30/23 | Continued analysis of historical financial documents provided, including bank statements and income tax returns | 2.9 | $ 365.00 | $ 1,058.50 |
| | Camryn Douglas | Litigation Consulting | 10/31/23 | Analysis of historical bank statements, including SB #1095 from January 2021 to April 2021 | 2.2 | $ 225.00 | $ 495.00 |
| | Carin Sorvik, CPA, CIRA | Litigation Consulting | 10/31/23 | Call w/ CD re analysis of historical bank statements | 0.5 | $ 365.00 | $ 182.50 |
| | Michael Cunningham | Litigation Consulting | 11/01/23 | Review monthly operating report, debtor's chapter 11 plan, cash receipts and disbursements, and tax returns | 1.3 | $ 325.00 | $ 422.50 |
| | Camryn Douglas | Litigation Consulting | 11/01/23 | Analysis of historical bank statements, including SB #1095 from June 2021 to September 2021 | 2.0 | $ 225.00 | $ 450.00 |
| | Carin Sorvik, CPA, CIRA | Litigation Consulting | 11/01/23 | Analysis of additional documents provided; related follow up | 0.9 | $ 365.00 | $ 328.50 |
| | Carin Sorvik, CPA, CIRA | Litigation Consulting | 11/01/23 | Review and update analysis of tax returns, including 2018 return | 1.3 | $ 365.00 | $ 474.50 |
| | Carin Sorvik, CPA, CIRA | Litigation Consulting | 11/01/23 | Review and update analysis of tax returns, including 2019 and 2020 returns | 1.8 | $ 365.00 | $ 657.00 |
| | Carin Sorvik, CPA, CIRA | Litigation Consulting | 11/01/23 | Review and update analysis of tax returns, including 2021 return | 1.5 | $ 365.00 | $ 547.50 |
| | Carin Sorvik, CPA, CIRA | Litigation Consulting | 11/01/23 | Continued analysis of management fees, including comparison between P&L, GL, and tax returns | 2.9 | $ 365.00 | $ 1,058.50 |
| | Michael Cunningham | Litigation Consulting | 11/02/23 | Research transfers from checking operating account, compare with management fees, review any questionable transfers, and confirm prior recorded transfers | 1.1 | $ 325.00 | $ 357.50 |
| | Carin Sorvik, CPA, CIRA | Litigation Consulting | 11/02/23 | Call w/ MC re memo, including analysis of tax returns | 0.5 | $ 365.00 | $ 182.50 |
| | Camryn Douglas | Litigation Consulting | 11/02/23 | Analysis of historical bank statements, including SB #1095 from October 2021 to December 2 2021 | 1.3 | $ 225.00 | $ 292.50 |
| | Carin Sorvik, CPA, CIRA | Litigation Consulting | 11/02/23 | Continued preparation of memo regarding analysis of debtor's historical financial records | 0.8 | $ 365.00 | $ 292.00 |
| | Carin Sorvik, CPA, CIRA | Litigation Consulting | 11/02/23 | Continued analysis of bank statements for account #1095, including 12/2021 - 6/2023 | 2.1 | $ 365.00 | $ 766.50 |
| | Carin Sorvik, CPA, CIRA | Litigation Consulting | 11/02/23 | Review and update analysis of bank statements for account #1095, including preparation of summary | 0.8 | $ 365.00 | $ 292.00 |
| | Carin Sorvik, CPA, CIRA | Litigation Consulting | 11/02/23 | Continued analysis of management fees, including comparison between bank statements, P&L, GL, and tax returns | 0.6 | $ 365.00 | $ 219.00 |
| | Carin Sorvik, CPA, CIRA | Litigation Consulting | 11/02/23 | Continued preparation of memo regarding analysis of debtor's historical financial records, including tax returns, bank statements, and general ledger | 2.8 | $ 365.00 | $ 1,022.00 |
| (4) | Matthew Brash | Litigation Consulting | 11/08/23 | Review of emails and correspondence | 0.7 | $ 395.00 | $ 276.50 |
| | Carin Sorvik, CPA, CIRA | Litigation Consulting | 11/17/23 | Call w/ S Clar re documents requested; related follow up | 0.7 | $ 365.00 | $ 255.50 |
| (4) | Matthew Brash | Litigation Consulting | 11/21/23 | Multiple emails and call re: committee meeting | 1.4 | $ 395.00 | $ 553.00 |
| | Carin Sorvik, CPA, CIRA | Litigation Consulting | 11/21/23 | Call w/ S Clar re various items including plan and analysis of debtor's historical financial records; related follow up | 1.1 | $ 365.00 | $ 401.50 |
| (2) | Michael Cunningham | Litigation Consulting | 11/21/23 | Calls w/ S. Clar and NAC team and Unsecured Creditors Committee, including re potential causes of action, management fees, other questionable financial transfers, tax returns, and additional documents requested | 2.2 | $ 325.00 | $ 715.00 |
| | | | | | **88.30** | | **$28,814.50** |
| | | | | **Average Blended Rate - Litigation Consulting** | | $ 326.33 | |
| | | | | **Total** | **117.80** | | **$39,365.00** |
| | | | | **Average Blended Rate - All Activities** | | $ 334.17 | |