UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                              )
                                                    )  Case No. 23bk07541
                                                    )
Evangelical Retirement Homes of Greater             )
Chicago, Incorporated d/b/a Friendship              )  Chapter 11
Village of Schaumburg,                              )
                                                    )
                                                    )  Judge Timothy A. Barnes
                                                    )
     Debtor.                                        )


FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER
AWARDING TO DOPKELAW LLC, ATTORNEYS FOR DEBTOR, FOR ALLOWANCE
AND PAYMENT OF <u>INTERIM</u> COMPENSATION AND REIMBURSEMENT OF
EXPENSES

TOTAL FEES REQUESTED:   $ 58,996.00     TOTAL COSTS REQUESTED:   $ 34.00
TOTAL FEES REDUCED:     $ 2,097.20      TOTAL COSTS REDUCED:     $ 0.00
TOTAL FEES ALLOWED:     $ 0.00          TOTAL COSTS ALLOWED:     $ 34.00

TOTAL FEES AND COSTS ALLOWED: $ 56,932.80*
*Pursuant to paragraph 2(d) of Dkt. No. 150, the Debtor may only pay 80% of allowed fees and 100% of costs.

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(1)     <u>Unreasonable Time – TOTAL of disallowed amounts: $ 2,097.20</u>

The Court denies the allowance in part of compensation for the indicated task(s) since the professional or paraprofessional expended an unreasonable amount of time on the task(s) in light of the nature of the task(s), the experience and knowledge of the professional performing the task(s), and the amount of time previously expended by the professional or another on the task(s). *In re Pettibone,* 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman,* 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (same).

As to the time devoted to the preparation of the fee application itself, the Court denies the allowance of compensation that is disproportionate to the total hours in the main case. *In re Wildman,* 72 B.R. 700, 711 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("In the absence of unusual circumstances, the hours allowed by this Court for preparing and litigating the attorney fee application should not exceed three percent of the total hours in the main case."); *In re Spanjer Bros., Inc.,* 203 B.R. 85, 93 (Bankr. N.D. Ill. 1996) (Squires, J.) (compensation limited to 5%); *see also In re Pettibone Corp.,* 74 B.R. 293, 304 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (*citing Coulter v. State of*

*Tennessee*, 805 F.2d 146, 151 (6th Cir. 1986) (in nonbankruptcy cases, compensation for preparation and litigation of fee petitions limited to 3-5% of the hours of the main case)).

Dated:  April 17, 2024

_____

Timothy A. Barnes, Judge
United States Bankruptcy Court

**SUMMARY LIST OF ALL PRINCIPAL ACTIVITIES
OF DOPKELAW DURING THE FEE PERIOD**

CC – Cash Collateral            hours:   3.8 * $490 =  $    1862.00

Comm - Communications         hours:  15.8 * $490 =  $   7,742.00

Court                           hours:   6.5 * $490 =  $   3,185.00

DIP – Dip Loan Activity         hours:   4.2 * $490 =  $   2,058.00

DOTF – Draft Order To Come      hours:   2.1 * $490 =  $   1,029.00

EMP – Employment of Professional  hours:    .1 * $490  = $      49.00

Fee – Fee statements and apps   hours:  10.3 * $490 =  $   5,047.00     (1) Unreasonable time: 5% of
                                                                       $58,996.00 = $2,949.80
Lit-1 – Bond Trustee Standing   hours:  19.7 * $490 =  $   9,653.00     allowed; $2,097.20 reduced.

Lit-2 – Confirmation            hours:  20.6 * $490 =  $  10,094.00

HPrep – (Hearing Prep)          hours:    .9 * $490 =  $     441.00

Ops – Operations                hours:    .8 * $490 =  $     392.00

Plan                            hours:   1.1 * $490 =  $   5,439.00

PSS – Petition Schedules SOFA   hours:   8.9 * $490 =  $   4,361.00

Reports                         hours:   3.1 * $490 =  $   1,519.00

Sale (Sale Process)             hours:   4.9 * $490  = $   2,401.00

UCC – Creditors Committee       hours:   6.4 * $490 =  $   3,136.00

UST – US Trustee                hours:   1.2 * $490 =  $     588.00

Totals:                         hours: 120.4 * $490 =  $  58,996.00

Amount requested to be allowed and paid:  **$ 47,196.80**

The foregoing total is 80% of the $58,996.00 total fees (after discounts) in the Interim Fee
Period.

# EXHIBIT 1

2023-3-1