UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                    )
                                                          )   Case No. 23bk07541
Evangelical Retirement Homes of Greater                   )
Chicago, Incorporated d/b/a Friendship                    )   Chapter 11
Village of Schaumburg,                                    )
                                                          )   Judge Timothy A. Barnes
                                                          )
            Debtor.                                       )

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO WYSE
ADVISORS LLC, FINANCIAL ADVISOR FOR DEBTOR, FOR ALLOWANCE AND PAYMENT OF
INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 155,190.00 | TOTAL COSTS REQUESTED: | $ 0.00 |
| TOTAL FEES REDUCED: | $ 11,055.00 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 144,135.00 | TOTAL COSTS ALLOWED: | $ 0.00 |

TOTAL FEES AND COSTS ALLOWED: $ 144,135.00
*Pursuant to paragraph 2(d) of Dkt. No. 150, the Debtor may only pay 80% of allowed fees and 100% of costs.

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(1)     Insufficient Description – TOTAL of disallowed amounts: $ 10,867.50

The Court denies the allowance of compensation for the indicated task(s) as the description of each task fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-09 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (same).

(2)     Computational or Typographical Error – TOTAL of disallowed amounts: $ 187.50

The court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error. Also, where there are two identical entries (same day, same tasks, same time billed), the court will consider one of the entries to be a typographical error.

Dated: April 17, 2024                               _____

                                                    Timothy A. Barnes, **Judge**
                                                    United States Bankruptcy **Court**

# EXHIBIT A - Detailed Time Descriptions

**SUMMARY BY PROFESSIONAL**

| Professional | Hours | | Rate | Total |
|---|---|---|---|---|
| Mike Wyse | 16.90 | $ | 750.00 | $12,675.00 |
| Cole Celenza | 21.20 | $ | 375.00 | $ 7,950.00 |
| Michael Franciosa | 42.20 | $ | 300.00 | $12,660.00 |
| | **80.30** | | | **$33,285.00** |

| Date | Professional | Time Description | Project Category | Hours | | Rate | | Total | |
|---|---|---|---|---|---|---|---|---|---|
| 12/1/2023 | Michael Franciosa | 13-week cash flow work session. | B230 Financing & Cash Collateral | 1.50 | $ | 300.00 | $ | 450.00 | |
| 12/1/2023 | Cole Celenza | 13-week cash flow work session. | B230 Financing & Cash Collateral | 0.80 | $ | 375.00 | $ | 300.00 | |
| 12/2/2023 | Cole Celenza | Filed claims work session. | B290 Schedules / SOFAS / UST Report | 0.50 | $ | 375.00 | $ | 187.50 | |
| 12/4/2023 | Michael Franciosa | SOFA/SOAL work session. | B290 Schedules / SOFAS / UST Report | 2.40 | $ | 300.00 | $ | 720.00 | |
| 12/4/2023 | Cole Celenza | Prepared for and participated in weekly status call. | B210 Business Operations | 0.40 | $ | 375.00 | $ | 150.00 | |
| 12/4/2023 | Cole Celenza | 13-week cash flow work session. | B230 Financing & Cash Collateral | 1.60 | $ | 375.00 | $ | 600.00 | |
| 12/4/2024 | Mike Wyse | Prepared for and participated in weekly status call. | B210 Business Operations | 1.50 | $ | 750.00 | $ | 1,125.00 | |
| 12/5/2023 | Cole Celenza | Numerous emails with Debtor counsel. | B210 Business Operations | 0.40 | $ | 375.00 | $ | 150.00 | (1) Insufficient |
| 12/5/2023 | Cole Celenza | Filed claims work session. | B290 Schedules / SOFAS / UST Report | 0.70 | $ | 375.00 | $ | 262.50 | Description |
| 12/5/2024 | Mike Wyse | Numerous calls and emails with Company and Counsel. | B210 Business Operations | 1.80 | $ | 750.00 | $ | 1,350.00 | (1) |
| 12/6/2023 | Michael Franciosa | SOFA/SOAL work session. | B290 Schedules / SOFAS / UST Report | 3.00 | $ | 300.00 | $ | 900.00 | |
| 12/6/2023 | Michael Franciosa | 13-week cash flow work session. | B230 Financing & Cash Collateral | 0.80 | $ | 300.00 | $ | 240.00 | |
| 12/6/2023 | Michael Franciosa | Numerous emails with Debtor. | B210 Business Operations | 0.70 | $ | 300.00 | $ | 210.00 | (1) |
| 12/6/2023 | Cole Celenza | Liquidation analysis work session. | B230 Financing & Cash Collateral | 0.60 | $ | 375.00 | $ | 225.00 | |
| 12/6/2024 | Mike Wyse | Work session on Liquidation Analysis and 13-week Cash Flow. | B230 Financing & Cash Collateral | 1.50 | $ | 750.00 | $ | 1,125.00 | |
| 12/7/2023 | Michael Franciosa | SOFA/SOAL work session. | B290 Schedules / SOFAS / UST Report | 2.70 | $ | 300.00 | $ | 810.00 | |
| 12/7/2023 | Michael Franciosa | Liquidation analysis work session. | B230 Financing & Cash Collateral | 1.40 | $ | 300.00 | $ | 420.00 | |
| 12/7/2023 | Michael Franciosa | 13-week cash flow work session. | B230 Financing & Cash Collateral | 0.40 | $ | 300.00 | $ | 120.00 | |
| 12/7/2023 | Michael Franciosa | 13-week cash flow work session. | B230 Financing & Cash Collateral | 1.50 | $ | 300.00 | $ | 450.00 | |
| 12/8/2023 | Michael Franciosa | SOFA/SOAL work session. | B290 Schedules / SOFAS / UST Report | 3.50 | $ | 300.00 | $ | 1,050.00 | |
| 12/8/2023 | Cole Celenza | SOFA/SOAL work session. | B290 Schedules / SOFAS / UST Report | 3.20 | $ | 375.00 | $ | 1,200.00 | |
| 12/8/2023 | Cole Celenza | SOFA/SOAL work session. | B290 Schedules / SOFAS / UST Report | 1.70 | $ | 375.00 | $ | 637.50 | |
| 12/8/2023 | Cole Celenza | 13-week cash flow work session. | B230 Financing & Cash Collateral | 0.80 | $ | 375.00 | $ | 300.00 | |
| 12/8/2024 | Mike Wyse | Numerous calls and emails with Company and Counsel. | B210 Business Operations | 1.10 | $ | 750.00 | $ | 825.00 | (1) |
| 12/9/2023 | Michael Franciosa | SOFA/SOAL work session. | B290 Schedules / SOFAS / UST Report | 1.00 | $ | 300.00 | $ | 300.00 | |
| 12/11/2023 | Michael Franciosa | 13-week cash flow work session. | B230 Financing & Cash Collateral | 1.90 | $ | 300.00 | $ | 570.00 | |
| 12/11/2023 | Michael Franciosa | Variance analysis work session. | B230 Financing & Cash Collateral | 2.00 | $ | 300.00 | $ | 600.00 | |
| 12/11/2023 | Cole Celenza | Prepared for and participated in weekly status call | B210 Business Operations | 0.50 | $ | 375.00 | $ | 187.50 | |
| 12/11/2023 | Cole Celenza | 13-week cash flow work session. | B230 Financing & Cash Collateral | 0.90 | $ | 375.00 | $ | 337.50 | |
| 12/11/2024 | Mike Wyse | Prepared for and participated in weekly status call. | B210 Business Operations | 1.60 | $ | 750.00 | $ | 1,200.00 | |
| 12/12/2024 | Mike Wyse | Work session on Liquidation Analysis and 13-week Cash Flow. | B230 Financing & Cash Collateral | 1.90 | $ | 750.00 | $ | 1,425.00 | |
| 12/12/2023 | Michael Franciosa | Numerous emails with Debtor. | B210 Business Operations | 0.40 | $ | 300.00 | $ | 120.00 | (1) |
| 12/12/2023 | Michael Franciosa | Accounts receivable analysis work session. | B230 Financing & Cash Collateral | 2.10 | $ | 300.00 | $ | 630.00 | |
| 12/12/2023 | Michael Franciosa | 13-week cash flow work session. | B230 Financing & Cash Collateral | 0.80 | $ | 300.00 | $ | 240.00 | |
| 12/12/2023 | Cole Celenza | 13-week cash flow work session. | B230 Financing & Cash Collateral | 1.80 | $ | 375.00 | $ | 675.00 | |
| 12/12/2023 | Cole Celenza | SOFA/SOAL work session. | B290 Schedules / SOFAS / UST Report | 3.80 | $ | 375.00 | $ | 1,425.00 | |
| 12/13/2024 | Mike Wyse | Numerous calls and emails with Company and Counsel. | B210 Business Operations | 1.50 | $ | 750.00 | $ | 1,125.00 | (1) |
| 12/14/2023 | Michael Franciosa | SOFA/SOAL work session. | B290 Schedules / SOFAS / UST Report | 1.30 | $ | 300.00 | $ | 390.00 | |
| 12/14/2023 | Cole Celenza | Numerous calls and emails with  Debtor counsel. | B210 Business Operations | 1.60 | $ | 375.00 | $ | 600.00 | (1) |
| 12/15/2024 | Mike Wyse | Numerous calls and emails with Company and Counsel. | B210 Business Operations | 1.00 | $ | 750.00 | $ | 750.00 | (1) |
| 12/18/2023 | Cole Celenza | Prepared for and participated in weekly status call. | B210 Business Operations | 0.40 | $ | 375.00 | $ | 150.00 | |
| 12/18/2024 | Mike Wyse | Prepared for and participated in weekly status calls | B210 Business Operations | 1.20 | $ | 750.00 | $ | 900.00 | |
| 12/19/2023 | Michael Franciosa | SOFA/SOAL work session. | B290 Schedules / SOFAS / UST Report | 1.60 | $ | 300.00 | $ | 480.00 | |
| 12/19/2023 | Michael Franciosa | 13-week cash flow work session. | B230 Financing & Cash Collateral | 1.20 | $ | 300.00 | $ | 360.00 | |
| 12/19/2023 | Cole Celenza | SOFA/SOAL work session. | B290 Schedules / SOFAS / UST Report | 0.90 | $ | 375.00 | $ | 337.50 | |
| 12/20/2024 | Mike Wyse | Numerous calls and emails with Company and Counsel. | B210 Business Operations | 1.70 | $ | 750.00 | $ | 1,275.00 | (1) |
| 12/20/2023 | Michael Franciosa | 13-week cash flow work session. | B230 Financing & Cash Collateral | 1.10 | $ | 300.00 | $ | 330.00 | |
| 12/20/2023 | Michael Franciosa | Numerous emails with Debtor. | B210 Business Operations | 0.60 | $ | 300.00 | $ | 180.00 | (1) |
| 12/20/2023 | Cole Celenza | 13-week cash flow work session. | B230 Financing & Cash Collateral | 0.60 | $ | 375.00 | $ | 225.00 | |
| 12/22/2024 | Mike Wyse | Numerous calls and emails with Company and Counsel. | B210 Business Operations | 0.90 | $ | 750.00 | $ | 675.00 | (1) |
| 12/27/2023 | Michael Franciosa | Monthly Operating Report work session. | B290 Schedules / SOFAS / UST Report | 3.50 | $ | 300.00 | $ | 1,050.00 | |
| 12/27/2024 | Mike Wyse | Numerous calls and emails with Company and Counsel. | B210 Business Operations | 1.20 | $ | 750.00 | $ | 900.00 | (1) |
| 12/28/2023 | Michael Franciosa | Monthly Operating Report work session. | B290 Schedules / SOFAS / UST Report | 3.00 | $ | 300.00 | $ | 900.00 | |
| 12/29/2023 | Michael Franciosa | 13-week cash flow work session. | B230 Financing & Cash Collateral | 2.00 | $ | 300.00 | $ | 600.00 | |
| 12/29/2023 | Michael Franciosa | Numerous emails with Debtor. | B210 Business Operations | 0.50 | $ | 300.00 | $ | 150.00 | (1) |
| 12/29/2023 | Michael Franciosa | 13-week cash flow work session. | B230 Financing & Cash Collateral | 1.00 | $ | 300.00 | $ | 300.00 | |
| 12/29/2023 | Michael Franciosa | Numerous emails with Debtor. | B210 Business Operations | 0.30 | $ | 300.00 | $ | 90.00 | (1) |
| **Total** | | | | **80.30** | | | | **$ 33,285.00** | |

**EXHIBIT A - Detailed Time Descriptions**

**SUMMARY BY PROFESSIONAL**

| Professional | | | | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Mike Wyse | | | | 8.10 | $ 750.00 | $ 6,075.00 |
| Cole Celenza | | | | 41.50 | $ 375.00 | $ 15,562.50 |
| Michael Franciosa | | | | 5.60 | $ 300.00 | $ 1,680.00 |
| | | | | **55.20** | | **$ 23,317.50** |

| Date | Professional | Time Description | Project Category | Hours | Rate | Total | |
|---|---|---|---|---|---|---|---|
| 1/2/2024 | Michael Franciosa | 13-week cash flow work session | B230 Financing & Cash Collateral | 1.50 | $ 300.00 | $ 450.00 | |
| 1/2/2024 | Michael Franciosa | Monthly Operating Report work session | B290 Schedules / SOFAS / UST Reports | 0.80 | $ 300.00 | $ 240.00 | |
| 1/2/2024 | Cole Celenza | Monthly Operating Report work session | B230 Financing & Cash Collateral | 0.30 | $ 375.00 | $ 112.50 | |
| 1/5/2024 | Cole Celenza | 13-week cash flow work session | B230 Financing & Cash Collateral | 6.50 | $ 375.00 | $ 2,437.50 | |
| 1/8/2024 | Mike Wyse | Prepared for and participated in weekly status update calls | B210 Business Operations | 1.10 | $ 750.00 | $ 825.00 | |
| 1/8/2024 | Michael Franciosa | Prepared for and participated in cash flow call with Debtor | B210 Business Operations | 0.50 | $ 300.00 | $ 150.00 | |
| 1/8/2024 | Cole Celenza | 13-week cash flow work session | B230 Financing & Cash Collateral | 5.50 | $ 375.00 | $ 2,062.50 | |
| 1/8/2024 | Cole Celenza | Numerous calls and emails with the Debtor regarding updated budget | B210 Business Operations | 0.50 | $ 375.00 | $ 187.50 | |
| 1/9/2024 | Cole Celenza | 13-week cash flow work session | B230 Financing & Cash Collateral | 1.00 | $ 375.00 | $ 375.00 | |
| 1/9/2024 | Cole Celenza | Prepared for and participated in budget call with Debtor Counsel | B230 Financing & Cash Collateral | 0.50 | $ 375.00 | $ 187.50 | |
| 1/9/2024 | Mike Wyse | Numerous calls and emails with Debtor and Debtor's Counsel regarding budget | B230 Financing & Cash Collateral | 1.50 | $ 750.00 | $ 1,125.00 | |
| 1/10/2024 | Cole Celenza | Prepared for and participated in budget call with Debtor Counsel | B230 Financing & Cash Collateral | 0.50 | $ 375.00 | $ 187.50 | (2) Error |
| 1/11/2024 | Cole Celenza | Liquidation Analysis work session | B230 Financing & Cash Collateral | 1.50 | $ 375.00 | 562.50 | |
| 1/11/2024 | Cole Celenza | 13-week cash flow work session | B230 Financing & Cash Collateral | 1.50 | $ 375.00 | 562.50 | |
| 1/12/2024 | Cole Celenza | 13-week cash flow work session | B230 Financing & Cash Collateral | 0.90 | $ 375.00 | 337.50 | |
| 1/12/2024 | Cole Celenza | Amended Schedules work session | B290 Schedules / SOFAS / UST Reports | 0.50 | $ 375.00 | 187.50 | |
| 1/12/2024 | Cole Celenza | Liquidation Analysis work session | B230 Financing & Cash Collateral | 1.60 | $ 375.00 | 600.00 | |
| 1/12/2024 | Cole Celenza | Disclosure Statement work session | B290 Schedules / SOFAS / UST Reports | 0.80 | $ 375.00 | 300.00 | |
| 1/12/2024 | Cole Celenza | Numerous emails with Debtor and Debtor Counsel regarding professional fees and accounts payable | B230 Financing & Cash Collateral | 0.50 | $ 375.00 | 187.50 | |
| 1/12/2024 | Cole Celenza | Monthly Operating Report work session | B290 Schedules / SOFAS / UST Reports | 0.50 | $ 375.00 | 187.50 | |
| 1/14/2024 | Cole Celenza | Liquidation Analysis work session | B230 Financing & Cash Collateral | 1.50 | $ 375.00 | 562.50 | |
| 1/15/2024 | Mike Wyse | Numerous calls and emails with Debtor and Debtor's Counsel regarding budget | B230 Financing & Cash Collateral | 1.30 | $ 750.00 | 975.00 | |
| 1/15/2024 | Cole Celenza | Updated relevant files and recorded notes for the weekly update call | B210 Business Operations | 0.50 | $ 375.00 | 187.50 | |
| 1/15/2024 | Cole Celenza | Liquidation Analysis work session | B230 Financing & Cash Collateral | 1.70 | $ 375.00 | 637.50 | |
| 1/16/2024 | Cole Celenza | Liquidation Analysis work session | B230 Financing & Cash Collateral | 0.80 | $ 375.00 | 300.00 | |
| 1/16/2024 | Cole Celenza | Interim fee application work session | B290 Schedules / SOFAS / UST Reports | 1.10 | $ 375.00 | 412.50 | |
| 1/16/2024 | Mike Wyse | Numerous calls and emails with the Debtor regarding Liquidation Analysis | B230 Financing & Cash Collateral | 0.90 | $ 750.00 | 675.00 | |
| 1/17/2024 | Cole Celenza | Liquidation Analysis work session | B230 Financing & Cash Collateral | 0.90 | $ 375.00 | 337.50 | |
| 1/19/2024 | Cole Celenza | Cash management work session | B230 Financing & Cash Collateral | 1.30 | $ 375.00 | 487.50 | |
| 1/22/2024 | Michael Franciosa | 13-week cash flow work session | B230 Financing & Cash Collateral | 2.40 | $ 300.00 | 720.00 | |
| 1/22/2024 | Cole Celenza | 13-week cash flow work session | B230 Financing & Cash Collateral | 4.00 | $ 375.00 | 1,500.00 | |
| 1/22/2024 | Cole Celenza | Solicitation work session | B290 Schedules / SOFAS / UST Reports | 0.30 | $ 375.00 | 112.50 | |
| 1/22/2024 | Cole Celenza | Updated relevant files and recorded notes for the weekly update call | B210 Business Operations | 0.40 | $ 375.00 | 150.00 | |
| 1/22/2024 | Mike Wyse | Prepared for and participated in weekly status update calls | B210 Business Operations | 1.10 | $ 750.00 | 825.00 | |
| 1/22/2024 | Mike Wyse | 13-week cash flow work session | B230 Financing & Cash Collateral | 0.90 | $ 750.00 | 675.00 | |
| 1/23/2024 | Cole Celenza | 13-week cash flow work session | B230 Financing & Cash Collateral | 3.30 | $ 375.00 | 1,237.50 | |
| 1/24/2024 | Cole Celenza | 13-week cash flow work session | B230 Financing & Cash Collateral | 0.50 | $ 375.00 | 187.50 | |
| 1/26/2024 | Cole Celenza | Cash management work session | B230 Financing & Cash Collateral | 0.80 | $ 375.00 | 300.00 | |
| 1/29/2024 | Cole Celenza | Cash management work session | B230 Financing & Cash Collateral | 1.30 | $ 375.00 | 487.50 | |
| 1/29/2024 | Mike Wyse | Prepared for and participated in weekly status update calls | B210 Business Operations | 1.30 | $ 750.00 | 975.00 | |
| 1/30/2024 | Michael Franciosa | Numerous emails with Debtor regarding the cash flow and Monthly Operating Report | B290 Schedules / SOFAS / UST Reports | 0.40 | $ 300.00 | 120.00 | |
| 1/30/2024 | Cole Celenza | Numerous emails with Debtor and Debtor Counsel regarding the closing statement | B290 Schedules / SOFAS / UST Reports | 0.50 | $ 375.00 | 187.50 | |

**EXHIBIT A - Detailed Time Descriptions**

**SUMMARY BY PROFESSIONAL**

| Professional | Hours | Rate | Total |
|---|---|---|---|
| Mike Wyse | 8.90 | $ 750.00 | $ 6,675.00 |
| Cole Celenza | 13.30 | $ 375.00 | $ 4,987.50 |
| Michael Franciosa | 4.30 | $ 300.00 | $ 1,290.00 |
| | **26.50** | | **$ 12,952.50** |

| Date | Professional | Time Description | Project Category | Hours | Rate | Total | Note | |
|---|---|---|---|---|---|---|---|---|
| 7/10/2023 | Cole Celenza | Prepared for and participated in weekly cash flow call with Debtor | B230 Financing & Cash Collateral | 0.40 | $ 375.00 | $ 150.00 | [1] | |
| 7/10/2023 | Mike Wyse | Work session on SOFA / SOAL | B290 Schedules / SOFAS / UST Reports | 3.20 | $ 750.00 | $ 2,400.00 | [1] | |
| 7/10/2023 | Michael Franciosa | Work session on cure schedule | B290 Schedules / SOFAS / UST Reports | 1.30 | $ 300.00 | $ 390.00 | [1] | |
| 7/10/2023 | Michael Franciosa | Work session on pre-petition invoicing | B210 Business Operations | 1.50 | $ 300.00 | $ 450.00 | [1] | |
| 7/10/2023 | Michael Franciosa | Numerous emails internally and with Debtor | B210 Business Operations | 0.30 | $ 300.00 | $ 90.00 | [1] | (1) Insufficient description |
| 7/11/2023 | Cole Celenza | Prepared for and participated in 341 Meeting | B290 Schedules / SOFAS / UST Reports | 4.50 | $ 375.00 | $ 1,687.50 | [1] | |
| 7/11/2023 | Cole Celenza | Prepared for and participated in vendor discussion | B210 Business Operations | 0.30 | $ 375.00 | $ 112.50 | [1] | |
| 7/11/2023 | Cole Celenza | 13-week cash flow work session | B230 Financing & Cash Collateral | 1.60 | $ 375.00 | $ 600.00 | [1] | |
| 7/11/2023 | Cole Celenza | Variance reporting work session | B230 Financing & Cash Collateral | 1.10 | $ 375.00 | $ 412.50 | [1] | |
| 7/11/2023 | Mike Wyse | Prepared for and participated in 341 Meeting | B145 Court Hearings | 4.50 | $ 750.00 | $ 3,375.00 | [1] | |
| 7/12/2023 | Cole Celenza | 13-week cash flow work session | B230 Financing & Cash Collateral | 0.70 | $ 375.00 | $ 262.50 | [1] | |
| 7/12/2023 | Cole Celenza | Numerous calls with Debtor and Debtor Counsel | B210 Business Operations | 0.50 | $ 375.00 | $ 187.50 | [1] | (1) |
| 7/12/2023 | Cole Celenza | Numerous emails with Debtor | B210 Business Operations | 0.20 | $ 375.00 | $ 75.00 | [1] | (1) |
| 7/12/2023 | Cole Celenza | 13-week cash flow work session | B230 Financing & Cash Collateral | 0.90 | $ 375.00 | $ 337.50 | [1] | |
| 7/12/2023 | Cole Celenza | 13-week cash flow work session | B230 Financing & Cash Collateral | 1.60 | $ 375.00 | $ 600.00 | [1] | |
| 7/12/2023 | Mike Wyse | Numerous calls and emails with Debtor and Debtor Counsel | B210 Business Operations | 1.20 | $ 750.00 | $ 900.00 | [1] | (1) |
| 7/12/2023 | Michael Franciosa | Work session on Debtor marketing budget | B210 Business Operations | 0.50 | $ 300.00 | $ 150.00 | [1] | |
| 7/12/2023 | Michael Franciosa | Numerous emails and calls with Debtor | B210 Business Operations | 0.70 | $ 300.00 | $ 210.00 | [1] | (1) |
| 7/13/2023 | Cole Celenza | Work session on monthly staffing report | B290 Schedules / SOFAS / UST Reports | 0.90 | $ 375.00 | $ 337.50 | [1] | |
| 7/13/2023 | Cole Celenza | Numerous emails with Debtor | B210 Business Operations | 0.30 | $ 375.00 | $ 112.50 | [1] | (1) |
| 7/13/2023 | Cole Celenza | 13-week cash flow work session | B230 Financing & Cash Collateral | 0.30 | $ 375.00 | $ 112.50 | [1] | |
| **Total** | | | | **26.50** | | **$ 12,952.50** | | |

[1] Computational or Typographical Error.

**Second Interim Period Revisions**

| Date | Professional | Time Description | Project Category | Hours | Rate | Total | Note | |
|---|---|---|---|---|---|---|---|---|
| 9/1/2023 | Mike Wyse | Numerous calls and emails with Debtor and Debtor's Counsel regarding MOR, resident issues and specific vendor issues | B210 Business Operations | 2.00 | $ 750.00 | $ 1,500.00 | [1] | |
| 9/6/2023 | Mike Wyse | Numerous calls and emails with Debtor and Debtor's Counsel regarding liquidation analysis and filing objectives | B210 Business Operations | 1.80 | $ 750.00 | $ 1,350.00 | [1] | |
| 9/7/2023 | Cole Celenza | Numerous emails with Debtor's counsel regarding to SOFA/SOAL updates | B210 Business Operations | 0.90 | $ 375.00 | $ 337.50 | [1] | |
| 9/7/2023 | Cole Celenza | Prepared for and participated in sale process updates discussion | B130 Asset Disposition & Sales | 0.70 | $ 375.00 | $ 262.50 | [2] | |
| 9/7/2023 | Mike Wyse | Numerous calls and emails with Debtor and Debtor's Counsel regarding SOFA/SOAL updates | B210 Business Operations | 1.50 | $ 750.00 | $ 1,125.00 | [1] | |
| 9/8/2023 | Cole Celenza | Numerous calls with Debtor's counsel regarding the cure schedule | B210 Business Operations | 0.50 | $ 375.00 | $ 187.50 | [1] | |
| 9/11/2023 | Cole Celenza | Numerous calls with Debtor's counsel regarding resident inquires and cash flow budget | B210 Business Operations | 0.60 | $ 375.00 | $ 225.00 | [1] | |
| 9/11/2023 | Cole Celenza | Updated relevant files and recorded notes for the weekly update call | B210 Business Operations | 0.30 | $ 375.00 | $ 112.50 | [3] | |
| 9/12/2023 | Cole Celenza | Numerous emails with Debtor for cash flow data | B210 Business Operations | 0.70 | $ 375.00 | $ 262.50 | [1] | |
| 9/12/2023 | Michael Franciosa | Numerous emails with Debtor to discuss cash flow forecast | B210 Business Operations | 0.40 | $ 300.00 | $ 120.00 | [1] | |
| 9/12/2023 | Mike Wyse | Numerous calls and emails with Debtor and Debtor's Counsel regarding cash management | B210 Business Operations | 1.50 | $ 750.00 | $ 1,125.00 | [1] | |
| 9/13/2023 | Cole Celenza | Numerous emails regarding SOFA/SOAL updates | B210 Business Operations | 0.30 | $ 375.00 | $ 112.50 | [1] | |
| 9/13/2023 | Michael Franciosa | Numerous emails with Debtor for cash flow data | B210 Business Operations | 0.30 | $ 300.00 | $ 90.00 | [1] | |
| 9/14/2023 | Cole Celenza | Numerous calls with Debtor's counsel regarding the proceeds analysis | B210 Business Operations | 0.40 | $ 375.00 | $ 150.00 | [1] | |
| 9/14/2023 | Cole Celenza | 13-week cash flow work session | B230 Financing & Cash Collateral | 0.80 | $ 375.00 | $ 300.00 | [2] | |
| 9/14/2023 | Cole Celenza | 13-week cash flow work session | B230 Financing & Cash Collateral | 0.70 | $ 375.00 | $ 262.50 | [2] | |
| 9/14/2023 | Cole Celenza | Funds flow work session | B130 Asset Disposition & Sales | 1.70 | $ 375.00 | $ 637.50 | [2] | |
| 9/14/2023 | Michael Franciosa | Numerous emails with Debtor's counsel relating to SOFA/SOAL updates | B210 Business Operations | 1.20 | $ 300.00 | $ 360.00 | [1] | |
| 9/14/2023 | Michael Franciosa | Numerous emails with Debtor's counsel to discuss SOFA/SOAL requirements | B210 Business Operations | 0.20 | $ 300.00 | $ 60.00 | [1] | |
| 9/14/2023 | Mike Wyse | Numerous calls and emails with Debtor and Debtor's Counsel regarding SOFA/SOAL progress | B210 Business Operations | 3.10 | $ 750.00 | $ 2,325.00 | [1] | |
| 9/15/2023 | Cole Celenza | Numerous emails with Debtor regarding buyer diligence requests | B210 Business Operations | 0.20 | $ 375.00 | $ 75.00 | [1] | |
| 9/18/2023 | Cole Celenza | Updated relevant files and recorded notes for the weekly update call | B210 Business Operations | 0.30 | $ 375.00 | $ 112.50 | [3] | |
| 9/18/2023 | Michael Franciosa | Numerous emails with Debtor and Debtor's counsel relating to SOFA/SOAL updates | B210 Business Operations | 0.40 | $ 300.00 | $ 120.00 | [1] | |
| 9/19/2023 | Cole Celenza | Numerous emails with Debtor and Debtor's counsel regarding resident inquiries and accounts payable | B210 Business Operations | 0.20 | $ 375.00 | $ 75.00 | [1] | |
| 9/19/2023 | Michael Franciosa | Numerous emails with Debtor for cash flow data | B210 Business Operations | 0.40 | $ 300.00 | $ 120.00 | [1] | |
| 9/19/2023 | Mike Wyse | Numerous calls and emails with Debtor and Debtor's Counsel regarding operational and employee issues | B210 Business Operations | 1.70 | $ 750.00 | $ 1,275.00 | [1] | |
| 9/21/2023 | Cole Celenza | UCC data request work session | B210 Business Operations | 0.70 | $ 375.00 | $ 262.50 | [2] | |
| 9/22/2023 | Mike Wyse | Numerous calls and emails with Debtor and Debtor's Counsel regarding SOFA/SOAL updates | B210 Business Operations | 1.50 | $ 750.00 | $ 1,125.00 | [1] | |
| 9/25/2023 | Cole Celenza | Updated relevant files and recorded notes for the weekly update call | B210 Business Operations | 0.20 | $ 375.00 | $ 75.00 | [3] | |
| 9/25/2023 | Cole Celenza | Numerous emails with Debtor and Debtor's counsel regarding SOFA/SOAL updates and resident inquiries | B210 Business Operations | 1.00 | $ 375.00 | $ 375.00 | [1] | |
| 9/26/2023 | Cole Celenza | Cash management work session | B230 Financing & Cash Collateral | 0.20 | $ 375.00 | $ 75.00 | [2] | |
| 9/26/2023 | Michael Franciosa | Numerous emails and phone calls with Debtor to discuss cash forecast | B210 Business Operations | 1.60 | $ 300.00 | $ 480.00 | [1] | |
| 9/26/2023 | Mike Wyse | Numerous calls and emails with Debtor and Debtor's Counsel regarding liquidation analysis | B210 Business Operations | 1.30 | $ 750.00 | $ 975.00 | [1] | |
| 9/27/2023 | Michael Franciosa | Numerous emails with Debtor for cash flow data | B210 Business Operations | 0.60 | $ 300.00 | $ 180.00 | [1] | |
| 9/27/2023 | Mike Wyse | Prepared for and participated in Board Call | B210 Business Operations | 1.30 | $ 750.00 | $ 975.00 | [1] | |
| 9/28/2023 | Cole Celenza | Cash management work session | B230 Financing & Cash Collateral | 0.70 | $ 375.00 | $ 262.50 | [2] | |
| 10/2/2023 | Cole Celenza | Updated relevant files and recorded notes for the weekly update call | B210 Business Operations | 0.30 | $ 375.00 | $ 112.50 | [3] | |
| 10/5/2023 | Cole Celenza | Numerous emails with vendors regarding pre-petition balances | B210 Business Operations | 0.50 | $ 375.00 | $ 187.50 | [1] | |
| 10/5/2023 | Cole Celenza | 13-week cash flow work session | B230 Financing & Cash Collateral | 0.70 | $ 375.00 | $ 262.50 | [2] | |
| 10/5/2023 | Mike Wyse | Numerous emails and calls with Debtor regarding liquidation analysis | B210 Business Operations | 2.20 | $ 750.00 | $ 1,650.00 | [1] | |
| 10/6/2023 | Cole Celenza | Numerous emails and calls with Debtor regarding the cash flow | B210 Business Operations | 0.90 | $ 375.00 | $ 337.50 | [1] | |
| 10/9/2023 | Mike Wyse | Numerous emails and calls with Debtor regarding resident communication and vendor issues | B210 Business Operations | 1.80 | $ 750.00 | $ 1,350.00 | [1] | |
| 10/9/2023 | Michael Franciosa | Numerous emails with Debtor regarding cash flow | B210 Business Operations | 0.40 | $ 300.00 | $ 120.00 | [1] | |
| 10/9/2023 | Cole Celenza | Updated relevant files and recorded notes for the weekly update call | B210 Business Operations | 0.50 | $ 375.00 | $ 187.50 | [3] | |
| 10/10/2023 | Michael Franciosa | Numerous emails with Debtor and Claims Noticing agent regarding SOFA/SOAL update requirements | B210 Business Operations | 0.50 | $ 300.00 | $ 150.00 | [1] | |
| 10/11/2023 | Michael Franciosa | Numerous emails with Debtor | B210 Business Operations | 0.60 | $ 300.00 | $ 180.00 | [1] | (1) |
| 10/13/2023 | Michael Franciosa | Updated relevant files and recorded notes during a Disclosure Statement meeting | B290 Schedules / SOFAS / UST Reports | 2.10 | $ 300.00 | $ 630.00 | [3] | |
| 10/13/2023 | Michael Franciosa | Numerous emails with Debtor and Claims Noticing agent regarding SOFA/SOAL update requirements. | B210 Business Operations | 0.30 | $ 300.00 | $ 90.00 | [1] | |
| 10/16/2023 | Michael Franciosa | Numerous emails with Debtor regarding SOFA/SOAL progress | B210 Business Operations | 0.70 | $ 300.00 | $ 210.00 | [1] | |
| 10/17/2023 | Michael Franciosa | Numerous emails with Debtor for cash flow data | B210 Business Operations | 0.60 | $ 300.00 | $ 180.00 | [1] | |
| 10/18/2023 | Mike Wyse | Numerous calls and emails with Debtor and Debtor's Counsel regarding specific vendor issues and employee related issues | B210 Business Operations | 2.20 | $ 750.00 | $ 1,650.00 | [1] | |
| 10/18/2023 | Michael Franciosa | Numerous emails with Debtor for cash flow data | B210 Business Operations | 0.60 | $ 300.00 | $ 180.00 | [1] | |
| 10/18/2023 | Cole Celenza | 13-week cash flow work session | B230 Financing & Cash Collateral | 0.50 | $ 375.00 | $ 187.50 | [1] | |
| 10/19/2023 | Michael Franciosa | Numerous emails with Debtor to discuss cash flow forecast | B210 Business Operations | 0.30 | $ 300.00 | $ 90.00 | [1] | |
| 10/20/2023 | Michael Franciosa | Numerous emails with Debtor regarding SOFA/SOAL progress | B210 Business Operations | 0.30 | $ 300.00 | $ 90.00 | [1] | |
| 10/24/2023 | Michael Franciosa | Numerous emails with Debtor for SOFA/SOAL information | B210 Business Operations | 0.50 | $ 300.00 | $ 150.00 | [1] | |
| 10/25/2023 | Michael Franciosa | Numerous emails with Debtor regarding SOFA/SOAL progress | B210 Business Operations | 0.30 | $ 300.00 | $ 90.00 | [1] | |
| 10/25/2023 | Mike Wyse | Numerous emails and calls with Debtor regarding cash management and cash flow | B210 Business Operations | 1.20 | $ 750.00 | $ 900.00 | [1] | |
| 10/25/2023 | Cole Celenza | Numerous emails and calls with vendor regarding outstanding balances | B210 Business Operations | 1.10 | $ 375.00 | $ 412.50 | [1] | |
| 10/30/2023 | Michael Franciosa | Numerous emails with Debtor for cash flow data | B210 Business Operations | 0.40 | $ 300.00 | $ 120.00 | [1] | |
| 10/31/2023 | Michael Franciosa | Numerous emails with Debtor to discuss cash flow forecast | B210 Business Operations | 0.30 | $ 300.00 | $ 90.00 | [1] | |
| 11/1/2023 | Michael Franciosa | Numerous emails with Debtor for cash flow data | B210 Business Operations | 0.70 | $ 300.00 | $ 210.00 | [1] | |
| 11/1/2023 | Mike Wyse | Numerous calls and emails with Debtor and Debtor's Counsel regarding Board Updates | B210 Business Operations | 1.50 | $ 750.00 | $ 1,125.00 | [1] | |
| 11/2/2023 | Michael Franciosa | Numerous emails with Debtor regarding cash forecast | B210 Business Operations | 0.90 | $ 300.00 | $ 270.00 | [1] | |
| 11/3/2023 | Cole Celenza | Numerous emails with Debtor regarding amended schedules and cash accounts payable | B210 Business Operations | 0.60 | $ 375.00 | $ 225.00 | [1] | |
| 11/3/2023 | Mike Wyse | Prepared for and participated in Board meeting | B210 Business Operations | 1.70 | $ 750.00 | $ 1,275.00 | [1] | |
| 11/6/2023 | Michael Franciosa | Numerous emails with Debtor and Debtor counsel | B210 Business Operations | 0.80 | $ 300.00 | $ 240.00 | [1] | (1) |
| 11/7/2023 | Michael Franciosa | Numerous emails with Debtor regarding liquidation analysis | B210 Business Operations | 0.30 | $ 300.00 | $ 90.00 | [1] | |
| 11/7/2023 | Cole Celenza | Numerous emails with Debtor regarding the cash flow | B210 Business Operations | 0.40 | $ 375.00 | $ 150.00 | [1] | |
| 11/8/2023 | Michael Franciosa | Updated relevant files and recorded notes during the Sale Hearing | B130 Asset Disposition & Sales | 1.50 | $ 300.00 | $ 450.00 | [1] | |
| 11/8/2023 | Michael Franciosa | Numerous emails with Debtor for cash flow data | B210 Business Operations | 0.30 | $ 300.00 | $ 90.00 | [1] | |
| 11/9/2023 | Mike Wyse | Numerous calls and emails with Debtor and Debtor's Counsel regarding resident and vendor issues | B210 Business Operations | 1.50 | $ 750.00 | $ 1,125.00 | [1] | |
| 11/9/2023 | Michael Franciosa | Numerous emails with Debtor regarding priority claims | B210 Business Operations | 0.30 | $ 300.00 | $ 90.00 | [1] | |
| 11/9/2023 | Michael Franciosa | Numerous emails with Debtor | B210 Business Operations | 0.40 | $ 300.00 | $ 120.00 | [1] | (1) |
| 11/10/2023 | Mike Wyse | Work session on liquidation analysis and cash flow | B230 Financing & Cash Collateral | 1.70 | $ 750.00 | $ 1,275.00 | [2] | |
| 11/10/2023 | Cole Celenza | Numerous emails with Debtor and Debtor counsel regarding amended schedules and the budget | B210 Business Operations | 1.10 | $ 375.00 | $ 412.50 | [1] | |
| 11/13/2023 | Michael Franciosa | Numerous emails with Debtor for cash flow data | B210 Business Operations | 0.40 | $ 300.00 | $ 120.00 | [1] | |
| 11/13/2023 | Michael Franciosa | Numerous emails with Debtor and Debtor counsel regarding liquidation analysis | B210 Business Operations | 0.50 | $ 300.00 | $ 150.00 | [1] | |
| 11/13/2023 | Cole Celenza | Updated relevant files and recorded notes for the weekly update call | B210 Business Operations | 0.70 | $ 375.00 | $ 262.50 | [3] | |
| 11/14/2023 | Michael Franciosa | Numerous emails with Debtor regarding cash flow forecast | B210 Business Operations | 0.60 | $ 300.00 | $ 180.00 | [1] | |
| 11/15/2023 | Michael Franciosa | Numerous emails with Debtor for cash flow data | B210 Business Operations | 0.20 | $ 300.00 | $ 60.00 | [1] | |
| 11/15/2023 | Michael Franciosa | Liquidation analysis work session | B230 Financing & Cash Collateral | 0.50 | $ 300.00 | $ 150.00 | [4] | |
| 11/16/2023 | Cole Celenza | Numerous emails with Debtor regarding the cash flow and accounts payable | B210 Business Operations | 1.10 | $ 375.00 | $ 412.50 | [1] | |
| 11/17/2023 | Michael Franciosa | Numerous emails with Debtor regarding amended schedules | B210 Business Operations | 0.30 | $ 300.00 | $ 90.00 | [1] | |
| 11/20/2023 | Michael Franciosa | Numerous emails with Debtor regarding cash forecast updates | B210 Business Operations | 0.60 | $ 300.00 | $ 180.00 | [1] | |
| 11/20/2023 | Cole Celenza | Numerous emails with Debtor and Debtor counsel regarding resident deposits | B210 Business Operations | 0.90 | $ 375.00 | $ 337.50 | [1] | |
| 11/20/2024 | Cole Celenza | Updated relevant files and recorded notes for the weekly update call | B210 Business Operations | 0.20 | $ 375.00 | $ 75.00 | [3] | |
| 11/20/2023 | Michael Franciosa | Numerous emails with Debtor for cash flow data | B210 Business Operations | 0.30 | $ 300.00 | $ 90.00 | [1] | |
| 11/21/2023 | Michael Franciosa | Numerous emails with Debtor | B210 Business Operations | 0.30 | $ 300.00 | $ 90.00 | [1] | (1) |
| 11/27/2023 | Michael Franciosa | Numerous emails and calls with Debtor and Debtor counsel regarding amended schedules | B230 Financing & Cash Collateral | 1.00 | $ 300.00 | $ 300.00 | [1] | |
| 11/27/2023 | Cole Celenza | Numerous emails with Debtor and Debtor counsel regarding resident deposits and the Disclosure Statement | B210 Business Operations | 0.90 | $ 375.00 | $ 337.50 | [1] | |

**Second Interim Period Revisions**

| Date | Professional | Time Description | Project Category | Hours | Rate | Total | Note |
|---|---|---|---|---|---|---|---|
| 11/27/2023 | Cole Celenza | Updated relevant files and recorded notes for the weekly update call | B210 Business Operations | 0.40 | $ 375.00 | $ 150.00 | [3] |
| 11/28/2023 | Mike Wyse | Numerous calls and emails with Debtor and Debtor's Counsel regarding liquidation scenarios | B210 Business Operations | 2.20 | $ 750.00 | $ 1,650.00 | [1] |
| 11/28/2023 | Michael Franciosa | Numerous emails with Debtor for cash flow data | B210 Business Operations | 0.20 | $ 300.00 | $ 60.00 | [1] |
| 11/28/2023 | Cole Celenza | Numerous emails and calls with Debtor and Debtor counsel regarding the Disclosure Statement | B230 Financing & Cash Collateral | 0.70 | $ 375.00 | $ 262.50 | [1] |
| 11/29/2023 | Cole Celenza | Numerous emails with Debtor and Debtor counsel regarding resident deposits | B210 Business Operations | 0.80 | $ 375.00 | $ 300.00 | [1] |
| 11/30/2023 | Mike Wyse | Numerous calls and emails with Debtor and Debtor's Counsel regarding year end objectives | B210 Business Operations | 1.50 | $ 750.00 | $ 1,125.00 | [1] |
| 11/30/2023 | Cole Celenza | Numerous emails and calls with Debtor and Debtor counsel | B230 Financing & Cash Collateral | 0.70 | $ 375.00 | $ 262.50 | [1] (1) |
| | | | | 80.40 | | $ 40,867.50 | |

[1] Revisions made for Insufficient Description
[2] Revisions made for Improper Time Increments for Billing
[3] Revisions made for Duplication of Services
[4] Revisions made for Computational or Typographical Error