UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

Evangelical Retirement Homes of Greater
Chicago, Incorporated d/b/a Friendship
Village of Schaumburg

Debtor.

)
) Case No. 23-07541
)
)
) Chapter 7
)
)
) Judge Timothy A. Barnes
)

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER
AWARDING TO NEWPOINT ADVISORS CORPORATION, FINANCIAL ADVISORS FOR
THE OFFICIAL UNSECURED CREDITORS COMMITTEE, FOR ALLOWANCE AND
PAYMENT OF <u>FINAL</u> COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $69,072.00 | TOTAL COSTS REQUESTED: | $ 0.00 |
| TOTAL FEES REDUCED: | $1,545.40 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $67,526.60 | TOTAL COSTS ALLOWED: | $ 0.00 |

TOTAL FEES AND COSTS ALLOWED: $67,526.60

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(1)     <u>Lumping – TOTAL of disallowed amounts (10% of affected entries): $86.40</u>

The Court may impose a ten percent penalty on entries that appear to be "lumping." The Court will reduce each entry marked as such per the penalty. *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

(2)     <u>Duplication of Services – TOTAL of disallowed amounts: $1,459.00</u>

The Court denies the allowance of compensation for services that duplicate those of another professional or paraprofessional. *See* 11 U.S.C. § 330(a)(4)(A)(i). Reduction in fees is warranted if multiple attorneys from the same firm appear in court on a motion or argument or for a conference, unless counsel adequately demonstrates that each attorney present contributed in some meaningful way. *In re Pettibone*, 74 B.R. 293, 307 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("A debtor's estate should not bear the burden of duplication of services. If found in the record, such duplication shall be disallowed by the court as unnecessary."). It is also an accepted principle that generally no more than one attorney may bill for time spent in an intra-office conference or meeting absent an adequate explanation. *See In re Adventist Living Ctrs., Inc.*, 137 B.R. 701, 716 (Bankr. N.D. Ill. 1991) (Sonderby, J.); *In re Pettibone*, 74 B.R. at 303; *But see In re MEP Infrastructure Sols., Inc.*, 654 B.R. 922,

925 (Bankr. N.D. Ill. 2023) (Goldgar, J.) (incorrectly citing *In re Stainless Sales Corp.*, Case No. 17 B 3148, 2017 WL 2829675, at *2 (Bankr. N.D. Ill. June 27, 2017) (Barnes, J.) for the proposition that intra-office meetings between multiple lawyers are never compensable when *Stainless* cites to *Pettibone* for the foregoing—that an application must "adequately demonstrate[] that each attorney present contributed in some meaningful way" and thus satisfy 11 U.S.C. § 330(a)(3)(D) by demonstrating that the meeting is "necessary" or "beneficial" and must have taken a "reasonable amount of time.").

Dated:  November 12, 2025

_____
Timothy A. Barnes, Judge
United States Bankruptcy Court

**Detail of Professional Time**
**by Activity Code**
**(EXHIBIT A-1)**

| | Name | Activity Code | Date | Description | Time | Rate | Value |
|---|---|---|---|---|---|---|---|
| | Matthew Brash | Asset Disposition | 08/10/23 | Commence review of LOIs | 0.7 | $ 395.00 | $ 276.50 |
| | Carin Sorvik, CPA, CIRA | Asset Disposition | 08/14/23 | Call w/ MB and MC re analysis of stalking horse bidders and document request; related follow up | 0.6 | $ 365.00 | $ 219.00 |
| | Matthew Brash | Asset Disposition | 08/14/23 | Review of LOIs | 0.6 | $ 395.00 | $ 237.00 |
| | Michael Cunningham | Asset Disposition | 08/20/23 | Review LOIs submitted by three primary bidders for Friendship Village properties, including conducting research regarding all three bidders regarding current holdings, current performance of facilities, prior performance, and previous transactions | 2.8 | $ 325.00 | $ 910.00 |
| | Michael Cunningham | Asset Disposition | 08/21/23 | Access data and information from the Centers for Medicare and Medicaid Services (CMS) regarding Five-Star Ratings in Surveys, Staffing, and Quality Measures for all facilities affiliated with LOI bidders | 1.0 | $ 325.00 | $ 325.00 |
| | Michael Cunningham | Asset Disposition | 08/21/23 | Access data and information from the Centers for Medicare and Medicaid Services (CMS) regarding Five-Star Ratings in Surveys, Staffing, and Quality Measures for all facilities affiliated with LOI bidders | 1.0 | $ 325.00 | $ 325.00 |
| | Michael Cunningham | Asset Disposition | 08/22/23 | Prepare detailed memorandum summarizing information on 3 primary LOI bidders for Friendship Village, as well as formulation of recommendation to the Committee and Counsel for the Committee, including preparation of detailed analysis showing licensed capacity, occupancy, Five Star Ratings by Category, and Hours per Patient Day (HPPD) Staffing figures for facilities owned and / or operated by the 3 LOI bidders, and prepare list of facilities by State and licensed capacity for Assisted Living facilities (AL) and Independent Living facilities, if not Skilled Nursing Facilities (SNF) for the LOI | 1.8 | $ 325.00 | $ 585.00 |
| | Carin Sorvik, CPA, CIRA | Asset Disposition | 08/25/23 | Follow up re NAC analysis of LOI bidders and recommendations | 0.2 | $ 365.00 | $ 73.00 |
| | Carin Sorvik, CPA, CIRA | Asset Disposition | 08/30/23 | Follow up re documents in Grandbridge data room | 0.5 | $ 365.00 | $ 182.50 |
| (1) | Matthew Brash | Asset Disposition | 08/30/23 | Document review; updates on LOIs; docket review | 1.2 | $ 395.00 | $ 474.00 |
| | Patrick Andreen | Asset Disposition | 08/30/23 | Continued analysis of documents provided 8/18/23 by FA to the Debtor, and review of data room index to determine requested materials | 0.5 | $ 225.00 | $ 112.50 |
| | Matthew Brash | Asset Disposition | 09/05/23 | Document review re bids and stalking horse | 1.1 | $ 395.00 | $ 434.50 |
| | Matthew Brash | Asset Disposition | 09/05/23 | Calls with parties and NAC team re sale | 0.6 | $ 395.00 | $ 237.00 |
| | Michael Cunningham | Asset Disposition | 09/12/23 | Review Asset Purchase Agreement from Bidder Lapis, SAK Healthcare, and research Bidder | 0.9 | $ 325.00 | $ 292.50 |
| | Patrick Andreen | Asset Disposition | 09/12/23 | Continued analysis of documents received including APAs | 0.6 | $ 225.00 | $ 135.00 |
| (1) | Michael Cunningham | Asset Disposition | 09/13/23 | Review Asset Purchase Agreement from Bidder McFarlin Group, Lutheran Communities, and research Bidder | 1.2 | $ 325.00 | $ 390.00 |
| (2) | Carin Sorvik, CPA, CIRA | Asset Disposition | 09/14/23 | Call w/ MB and MC re analysis of stalking horse bidders, document request, and avoidable transfer analysis; related follow up | 1.1 | $ 365.00 | $ 401.50 |
| | Matthew Brash | Asset Disposition | 09/14/23 | Internal call regarding analysis of stalking horse bids and other documents provided | 0.5 | $ 395.00 | $ 197.50 |
| (2) | Matthew Brash | Asset Disposition | 09/14/23 | Call with committee - re: stalking horse | 1.1 | $ 395.00 | $ 434.50 |
| | Michael Cunningham | Asset Disposition | 09/14/23 | Phone call with Consultants discussing Preferred Bidder, Reasons for Preference, Deficits of Secondary Bidders, Documents Received and Documents Still Needed, and Plan for Committee Call | 1.1 | $ 325.00 | $ 357.50 |
| | Carin Sorvik, CPA, CIRA | Asset Disposition | 09/18/23 | Follow up re stalking horse bidder | 0.2 | $ 365.00 | $ 73.00 |
| | Matthew Brash | Asset Disposition | 09/21/23 | Creditor Committee Call - Sale | 0.7 | $ 395.00 | $ 276.50 |
| | Matthew Brash | Asset Disposition | 10/11/23 | Review of data collected; next steps and possible bids | 0.8 | $ 395.00 | $ 316.00 |
| | Matthew Brash | Asset Disposition | 10/24/23 | Attend auction - auction continued | 1.8 | $ 395.00 | $ 711.00 |
| | Michael Cunningham | Asset Disposition | 10/24/23 | Call with Newpoint Team re memorandum, bid matrix, and Asset Purchase Agreement proposed by winning bidder; further discussion re the shortcomings of the winning | 1.0 | $ 325.00 | $ 325.00 |
| | Carin Sorvik, CPA, CIRA | Asset Disposition | 10/25/23 | Call w/ MB and MC re analysis of auction bids | 0.5 | $ 365.00 | $ 182.50 |
| | Matthew Brash | Asset Disposition | 10/25/23 | Review of APA/Matrix and update memo | 0.5 | $ 395.00 | $ 197.50 |
| (2) | Carin Sorvik, CPA, CIRA | Asset Disposition | 10/26/23 | Call w/ committee and counsel re sale and other items | 1.0 | $ 365.00 | $ 365.00 |
| | Carin Sorvik, CPA, CIRA | Asset Disposition | 10/26/23 | Calls w/ MC, PA, and MB re analysis of sale, historical financial documents provided; related follow up | 2.4 | $ 365.00 | $ 876.00 |
| | Matthew Brash | Asset Disposition | 10/26/23 | Multiple emails and calls to counsel and committee re auction matrix and results | 1.4 | $ 395.00 | $ 553.00 |
| (2) | Michael Cunningham | Asset Disposition | 10/26/23 | Call with Newpoint Team to discuss further additions and revisions to draft memo and re the bid matrix and most recent Asset Purchase Agreement by winning bidder | 1.0 | $ 325.00 | $ 325.00 |
| | Michael Cunningham | Asset Disposition | 10/26/23 | Call with Unsecured Creditors Committee and Counsel re bid matrix, most recent Asset Purchase Agreement of winning bidder, and potential need for CCRC-experienced management consultant to assist with transition to new ownership, and present findings of excess management fees, as well as non-compliance of management fees with both industry standards and their own management agreement | 1.0 | $ 325.00 | $ 325.00 |
| | Patrick Andreen | Asset Disposition | 10/26/23 | NO CHARGE: Call with Committee and Counsel to discuss NAC findings and sale | 1.0 | $ - | $ - |
| | Carin Sorvik, CPA, CIRA | Asset Disposition | 11/21/23 | Call w/ Committee including re sale, disclosure stmt, NAC analysis of historical financial documents, D&O claim; related follow up | 1.4 | $ 365.00 | $ 511.00 |
| | | | | | 33.8 | | $ 11,636.00 |
| | | | | **Average Blended Rate - Asset Disposition** | | $ 344.26 | |
| | Carin Sorvik, CPA, CIRA | Fee/Employment Applications | 09/10/23 | Preparation of August 2023 fee statement and corresponding exhibits; related follow up | 2.6 | $ 365.00 | $ 949.00 |
| | Carin Sorvik, CPA, CIRA | Fee/Employment Applications | 10/06/23 | Preparation of monthly fee statement for September 2023; related follow up | 1.6 | $ 365.00 | $ 584.00 |
| | Carin Sorvik, CPA, CIRA | Fee/Employment Applications | 11/09/23 | Preparation of October fee statement; related follow up | 0.9 | $ 365.00 | $ 328.50 |
| | Carin Sorvik, CPA, CIRA | Fee/Employment Applications | 11/22/23 | NO CHARGE: Preparation of first interim fee application; related follow up | 1.3 | $ - | $ - |

**Detail of Professional Time**
**by Activity Code**
**(EXHIBIT A-1)**

| Name | Activity Code | Date | Description | Time | Rate | Value |
|------|---------------|------|-------------|------|------|-------|
| Carin Sorvik, CPA, CIRA | Litigation Consulting | 09/15/23 | Prepare follow up request to Counsel regarding documents requested from Debtor's financial advisor | 0.9 | $ 365.00 | $ 328.50 |
| Michael Cunningham | Litigation Consulting | 09/17/23 | Analysis of general ledger entries for checking operating account for management fees and unusual large transfers | 1.7 | $ 325.00 | $ 552.50 |
| Michael Cunningham | Litigation Consulting | 09/20/23 | Prepare analysis re general ledger operating checking account, and continued analysis of findings | 1.7 | $ 325.00 | $ 552.50 |
| Carin Sorvik, CPA, CIRA | Litigation Consulting | 09/21/23 | Call w/ Committee and Counsel re status of documents requested; related follow up | 1.5 | $ 365.00 | $ 547.50 |
| Carin Sorvik, CPA, CIRA | Litigation Consulting | 09/21/23 | Follow up re documents requested, including call w/ MC re same | 0.6 | $ 365.00 | $ 219.00 |
| Matthew Brash | Litigation Consulting | 09/21/23 | Internal call to discuss next steps re analysis of financial documents provided | 0.2 | $ 395.00 | $ 79.00 |
| Michael Cunningham | Litigation Consulting | 09/21/23 | Call related to additional documents needed, findings to date, and strategy for call with attorney | 0.5 | $ 325.00 | $ 162.50 |
| Michael Cunningham | Litigation Consulting | 09/21/23 | Analysis of bank statements for management fees assessed and unusual large transfers, and compare to general ledger operating checking account analysis | 1.5 | $ 325.00 | $ 487.50 |
| Carin Sorvik, CPA, CIRA | Litigation Consulting | 09/22/23 | Call w/ counsel re documents requested | 0.6 | $ 365.00 | $ 219.00 |
| Carin Sorvik, CPA, CIRA | Litigation Consulting | 09/22/23 | Follow up w/ debtor's financial advisor re items missing | 0.3 | $ 365.00 | $ 109.50 |
| Carin Sorvik, CPA, CIRA | Litigation Consulting | 09/22/23 | Review documents provided to date responsive to requests sent to Debtor's financial advisor; related follow up | 1.1 | $ 365.00 | $ 401.50 |
| Michael Cunningham | Litigation Consulting | 09/22/23 | Phone call with Attorney and Consultants reviewing status of documents requested, new findings, and strategy going forward | 0.6 | $ 325.00 | $ 195.00 |
| Michael Cunningham | Litigation Consulting | 09/22/23 | Review management agreement | 0.3 | $ 325.00 | $ 97.50 |
| Michael Cunningham | Litigation Consulting | 09/22/23 | Prepare analysis reflecting contracted management fees based on income statements provided | 0.6 | $ 325.00 | $ 195.00 |
| Michael Cunningham | Litigation Consulting | 09/22/23 | Conduct research re published industry management fees | 0.4 | $ 325.00 | $ 130.00 |
| Patrick Andreen | Litigation Consulting | 09/22/23 | Continued analysis of documents provided including GL, Bank Statements, and refund request | 0.5 | $ 225.00 | $ 112.50 |
| Michael Cunningham | Litigation Consulting | 09/25/23 | Review bank statements for all management fees and any unusual transactions | 1.1 | $ 325.00 | $ 357.50 |
| (2) Carin Sorvik, CPA, CIRA | Litigation Consulting | 09/28/23 | Call w/ MC and PA re analysis of debtor financial records; related follow up | 0.4 | $ 365.00 | $ 146.00 |
| (2) Michael Cunningham | Litigation Consulting | 09/28/23 | Call w/ NAC CS and PA re analysis of documents | 0.3 | $ 325.00 | $ 97.50 |
| Michael Cunningham | Litigation Consulting | 09/28/23 | Analysis of management agreement for any non-compliance with agreement, including comparison with checking operating account | 0.9 | $ 325.00 | $ 292.50 |
| Michael Cunningham | Litigation Consulting | 09/28/23 | Analysis of Trust account and Key Bank account for any unusual transactions | 1.2 | $ 325.00 | $ 390.00 |
| Carin Sorvik, CPA, CIRA | Litigation Consulting | 10/03/23 | Monitor correspondence w/ counsel and committee, including re potential D&O claim | 0.2 | $ 365.00 | $ 73.00 |
| Patrick Andreen | Litigation Consulting | 10/03/23 | Continued analysis of documents provided, including budget variances and general | 0.2 | $ 225.00 | $ 45.00 |
| (2) Carin Sorvik, CPA, CIRA | Litigation Consulting | 10/05/23 | Call w/ MC and PA re analysis of debtor financial records; related follow up | 0.3 | $ 365.00 | $ 109.50 |
| (2) Michael Cunningham | Litigation Consulting | 10/05/23 | Discussed status of documentation requested, newly received documents, and plans for documentation review over the next 7 days, and set next meeting date | 0.3 | $ 325.00 | $ 97.50 |
| (2) Patrick Andreen | Litigation Consulting | 10/05/23 | Internal call re analysis in progress and next steps | 0.3 | $ 225.00 | $ 67.50 |
| Carin Sorvik, CPA, CIRA | Litigation Consulting | 10/13/23 | Call w/ MC and PA re analysis of historical financial documents | 0.8 | $ 365.00 | $ 292.00 |
| Michael Cunningham | Litigation Consulting | 10/13/23 | Review General Ledger entries 15 months pre-petition, comparing Bank Statement entries as well as P & L entries. | 1.6 | $ 325.00 | $ 520.00 |
| Michael Cunningham | Litigation Consulting | 10/13/23 | Review General Ledger, Bank Statements, P & L Statements, and filings | 0.8 | $ 325.00 | $ 260.00 |
| Michael Cunningham | Litigation Consulting | 10/13/23 | Determine questionable transactions and conduct further research | 0.5 | $ 325.00 | $ 162.50 |
| Michael Cunningham | Litigation Consulting | 10/13/23 | Review Asset Purchase Agreement of Stalking Horse Bidder for impact on current and former residents, as well as unsecured creditors | 0.4 | $ 325.00 | $ 130.00 |
| Patrick Andreen | Litigation Consulting | 10/13/23 | Internal call to discuss document sorting and analysis | 0.7 | $ 225.00 | $ 157.50 |
| Michael Cunningham | Litigation Consulting | 10/14/23 | Call with associates covering transactions recorded in the General Ledger and Bank Statements, as well as in the tax returns.  Plan developed regarding ongoing investigation.  Key case dates and proposed sale details reviewed. | 0.7 | $ 325.00 | $ 227.50 |
| Patrick Andreen | Litigation Consulting | 10/16/23 | Sorted General Ledgers to track accounts and created tax spread using  company tax returns | 3.2 | $ 225.00 | $ 720.00 |
| (2) Carin Sorvik, CPA, CIRA | Litigation Consulting | 10/17/23 | Call w/ MC and PA re analysis of historical financial documents; related follow up | 0.5 | $ 365.00 | $ 182.50 |
| Patrick Andreen | Litigation Consulting | 10/17/23 | Continued creating tax spread using tax returns | 0.7 | $ 225.00 | $ 157.50 |
| (2) Patrick Andreen | Litigation Consulting | 10/17/23 | Internal Call to discuss critical document request | 0.5 | $ 225.00 | $ 112.50 |
| Carin Sorvik, CPA, CIRA | Litigation Consulting | 10/19/23 | Follow up re analysis of Debtor's historical financial records | 0.2 | $ 365.00 | $ 73.00 |
| Michael Cunningham | Litigation Consulting | 10/21/23 | Draft memorandum prepared for review regarding excessive management fees paid to Parent Organization from April, 2022 forward, as well as noting non-compliance with other areas of the executed agreement between the two parties (FVS and FSO) | 1.1 | $ 325.00 | $ 357.50 |
| Carin Sorvik, CPA, CIRA | Litigation Consulting | 10/23/23 | Call w/ MC re analysis of company financial documents and NAC memo re same; related follow up | 0.5 | $ 365.00 | $ 182.50 |
| Carin Sorvik, CPA, CIRA | Litigation Consulting | 10/24/23 | Call w/ MC, PA, and MB to discuss memo re analysis of Debtor's historical financial records; related follow up | 2.1 | $ 365.00 | $ 766.50 |
| Michael Cunningham | Litigation Consulting | 10/24/23 | Call with Newpoint Team to discuss memo re analysis of historical financial documents | 1.8 | $ 325.00 | $ 585.00 |
| Michael Cunningham | Litigation Consulting | 10/24/23 | Analysis of checking operating account statements for additional time periods for disbursements re management fees and comparison of all management fee disbursements in the bank statements with transactions recorded in the financial statements, and for other questionable disbursements into the same account receiving management fee disbursements | 2.3 | $ 325.00 | $ 747.50 |
| Patrick Andreen | Litigation Consulting | 10/24/23 | Call w/ MC and CS to discuss memo re analysis of historical financial documents | 1.0 | $ 225.00 | $ 225.00 |